IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN     DIVISION

Ronnie Wayne Booher

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Douglas Dale

"Please See Attached Defendant List"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.  ✓ Yes  ☐ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronnie Booher |
| Street Address | 24102 E navajo Trail |
| City and County | Benson, Pima County |
| State and Zip Code | Arizona, 85602 |
| Telephone Number | 520-686-4886 |
| E-mail Address | ron_booher@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Douglas Dale |
| Job or Title (if known) | Owner @ Dale Farming Company |
| Street Address | 609 Vine St. |
| City and County | Ridgeway, Harrison |
| State and Zip Code | Missouri, 64481 |
| Telephone Number | 660-872-5031 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | "See Attached Defendant List" |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

Please see attached additional defendants' below.

**Defendant No. 2**
Company: _Andrew Callaway Farms_  Contact Name: _Andrew Callaway_  Job or Title: _Owner of "Andrew Callaway Farms"_
Street Address: _32346 W State Highway 13_ City and County: _Bethany, (Harrison County)_
State and Zip Code: _Missouri 64424_  Telephone Number: _(660) 425-7282_
The defendant, Andrew Callaway Farms, is incorporated under the laws of the State of Missouri, and as its principal place of business in the State of (Missouri).

**Defendant No. 3**
Individual Name: _Randy Joiner_  Job or Title: _Pesticide Sprayer "Dale Farming Company"_ Street Address: _604 Vine St._
City and County: _Ridgeway (Harrison County)_ State and Zip Code: _Missouri, 64481_  Telephone Number: _(660) 872-6358_

**Defendant No. 4**
Individual Name: _Brian Nail_  Job or Title: _Pesticide Sprayer "MFA Agri Service"_
(if known) Street Address: _1201 N 25th St._ City and County: _Bethany (Harrison County)_
State and Zip Code: _Missouri, 64424_  Telephone Number: _(660)425-7045_

**Defendant No. 5**
Individual Name: _Jeff Smith_  Job or Title: _Pesticide Sprayer "Andrew Callaway Farms"_
Street Address: _32346 W. State Highway 13_ City and County: _Bethany, (Harrison County)_
State and Zip Code: _Missouri, 64424_ Telephone Number: _(660) 425-7282_

**Defendant No. 6**
Individual Name: _Richie Morgan_  Job or Title: _Manager "MFA Agra-Service"_
Street Address: _1201 N 25th St._  City and County: _Bethany, (Harrison County)_
State and Zip Code: _Missouri, 64424_ Telephone Number: _(660) 872-6358_

**Defendant No. 7**
Organization/Company: _MFA INC._  Contact Name: _Jason Weirich_  Job or Title: _Vice President: Training Employees "MFA"_
Street Address: _201 Young Ray Drive_  City and County: _Columbia (Boone County)_
State and Zip Code: _Missouri, 65201_ Telephone Number: _(573) 874-5111_
The defendant, MFA INC. is incorporated under the laws of the State of Missouri, and as its principal place of business in the State of (Missouri)

**Defendant No. 8**
Organization: _Gage's_  Contact Name: _Scott Gage_  Job or Title: _Owner "Gages Farming Chemical Supply Company"_
Street Address: _31019 East 260th Avenue_ City and County: _Bethany (Harrison County)_
State and Zip Code: _Missouri, 64424_  Telephone Number: _(660) 425-3733_
The defendant, Gage's, is incorporated under the laws of the State of Missouri, and as its principal place of business in the State of (Missouri)

**Defendant No. 9**
Organization/Company: _Loveland Products_  Contact Name: _Richard Gearheard_  Job or Title: _President " Loveland Products"_
Street Address:  _14520 Co Rd 64_  City and County: _Greeley (Weld County)_ State and Zip Code: _Colorado, 80631_
Telephone Number: _(970) 356-8920_
The defendant, Loveland Products, is incorporated under the laws of the State of Colorado, and as its principal place of business in the State of (Colorado)

**Defendant No. 10**
Company: _Corteva Corporation_ \Contact Name: _Chuck Magro_ Job or Title: _Chief Executive Officer "Corteva"_
Street Address: _Chestnut Run Plaza 735_ City and County: _Wilmington (New Castle County)_ State and Zip Code: _DE, 19805-0735_
Telephone Number: _(833) 267-8382_
The defendant, Corteva Corporation, incorporated under the State of Delaware Laws, principal place of business in State of (Delaware)

**Defendant No. 11**
Company: _Bayer_ Contact Name: _Philip Blake_  Job or Title: _"Bayer Crop Science"_  Street Address: _100 Bayer Boulevard_
City and County: _Whippany (Morris County)_ State and Zip Code: _New Jersey, 07981_ Telephone Number: _(862) 404-3000_
The defendant, Bayer Corporation, is incorporated under the laws of the State of New Jersey, and as its principal place of business in the State of (New Jersey)

**Defendant No. 12**
Company: _DUPONT_ Contact Name: _EDWARD D. BREEN_ Job or Title: _VP of Dupont_  Street Address: _974 CENTRE ROAD_
City and County: _WILMINGTON_ State and Zip Code: _DELAWARE 19805_ Telephone Number: _(800) 441-7515_
The defendant, "DUPONT", is incorporated under the laws of the State of DELAWARE, and as its principal place of business in the State of (DELAWARE)

Defendant No. 13
The defendant, (Missouri Department of Agriculture)is incorporated under the laws of the State of (Missouri), and has its principal place of business in the State of (Missouri)

Missouri Department Of Agriculture
*Christine (Chris) Lynn Chinn Director*Home Address: *3937 HWY 151 Clarence Mo 63437*
Work Phone: *573-522-1533*Work Address: *1616 Missouri Blvd. Jefferson City Missouri 65102*

Defendant No. 14
The defendant,(Harrison County Health Department), is incorporated under the laws of the State of (Missouri), and has its principal place of business in the State of (Missouri)

Corporation: *Harrison County Health Department* Contact Name: *Director Courtney Cross*
Address:*1700 Bethany Ave.* City and State: *Bethany, Missouri 64424*

Defendant No. 15
The defendant,(Harrison County Governing Body), is incorporated under the laws of the State of (Missouri), and has its principal place of business in the State of (Missouri)

Organization: *Harrison County and Presiding Commission* Address:*1505 Main st.*
City, State and Zip: *Bethany, Missouri 64224* Phone: *(660) 425-6424*
Presiding Commission: *Jack Hodge, Rick Smith, Jim Holcomb*

Defendant No. 16
The defendant, (BASF Corporation) is incorporated under the laws of the State of (North Carolina), and it's principal place of business is in the State of (North Carolina)

Corporation Name *BASF Corporation.* Contact Name *Craig Kleppe.* Job Title: *VP of Ag*
Street Address *13528 Research Triangle Park, North Carolina 27709*

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☑ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

"40 C.F.R. § 156.10(i)(2)(ii)", (LC19-1011; 4-11-19), 40 C.F.R. § 152.30(a), (b), (c)(2) or (d),

"7 U.S.C. 136l(b)(1)(A)" 7 U.S.C. 136l(b)(1)(B) 7 U.S.C. 136(e)(3)]

"40 C.F.R. 152 - 186", 18 U.S. Code § 1113 attempted homicide,; 40 CFR § 170.9 Violations

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____
_____
_____

☑ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    A. The Plaintiff(s)

The plaintiff, *(name)* Ronnie Booher , is a citizen of the State of *(name)* Arizona .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B.  The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* Dale Farming Company, is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Missouri. *Or* is incorporated under the laws of *(foreign nation)* United States, and has its principal place of business in *(name)* Bethany, Missouri.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.  The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

125,000,000 for bodily injury by misuse of pesticides, damaging organs and lost wages.

homelessness, debt accumulation, by spraying Plaintiff; Booher with pesticides.

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendants sprayed and fumigated Plaintiff with various types of pesticides resulting in human injury.

Most recent events 2017-2020. Fumigation from anhydrous suffocating Plaintiff resulting in Disability.

Defendants trespassed in the night with the intent to do harm to Plaintiff, Forced to vacate for safety.

The pesticide farmers showed complete disregard to proper application to prevent human injury.

No Notice was ever given to vacate the area during the restricted entry interval, resulting in human injury.

Pesticide Farmers sprayed, when winds favored drift into home while sleeping resulting in human injury.

Direct involvement by Dale Farming Company, Andrew Callaway Farms and MFA Agri-Services.

Injuries acquired from Chemical exposure are Sarcoidosis of the Lungs and Lymph-nodes, Head Tremors,

Brain Damage, Psychosis, Trauma Disorder, Pneumomediastinum, Pneumoperitonium, Liver, Eyes

Neurological, Respiratory, GI, Cardiac, Kidney involvement or damage.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I'm seeking relief to recover from financial devastation, debt accrued, lost wages, pain and suffering.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes [✓]   No [ ]

Do you claim actual damages for the acts alleged in your complaint?
Yes [✓]   No [ ]

Do you claim punitive monetary damages?
Yes [✓]   No [ ]

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

(1) 250,000 to replace home in current residing state, (2) 125,000 in accrued debt, (3) 300,000 in Lost Wages, (4) 300,000 for future wages. (5) 124,025,000. for bodily injuries,.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 16th, 20 22.

Signature of Plaintiff: Ronnie Booher (Digitally signed by Ronnie Booher, Date: 2022.01.16 07:55:23 -07'00')

Printed Name of Plaintiff: Ronnie Booher

*[handwritten signature: Ronn Boeh 1/16/2022]*