## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

BOOHER     )
         )
   *Plaintiffs,*   )
         )
      *v.*  )    *Case No. 22-CV-06014-SRB*
         )
*DALE, et al.,*    )
         )
   *Defendants.*  )

## *In Re; Approval To Amend Complaint*
## *Hereby, Known as Amended Complaint II, (Complaint III.)*

*Now Comes Plaintiff; Ronnie W. Booher, with gracious unexpected acceptance, presenting an*

*amendment hereby known to Plaintiff as second Amended Complaint, as 3rd part of The Complaint.*

*Supporting The"Motion for the Court's approval to Amend The Civil Complaint" of "This Rare, Complex and Unusual Case".*

### *Expression of Regret.*

   *First and Foremost a direct apology to all Parties or Offendees' that I may have improperly used, a means of communication, as mentioned before The Plaintiffs' trauma Disorder when activated and continually provoked and is something in a serious nature. Tranquility is the Cure.*
*And, as all can see, the Plaintiff stands alone. Without Representation as 'Pro Se'*

### *Bodily Deformation.*

*As aforementioned in this case, in regard to The Plaintiffs, Disabilitating, deformations (at birth)*

*Include, but not limited to, Blindness, Left hand Deformation, as Plaintiff believes there are more*

*un-diagnosed deformities and believes is a direct causation from his Families Exposures to Pesticides.*

**The Result;** *of this Statement, is to make The Court and All Parties aware, that the typing is*

*"agitating"The Deformity Hereby know as "Accessory Muscle". Describing it as a Moderate to*

*Severe Pain. Describing it as a severe muscle cramp that only resolves with no movement.*

**Therefore;** *Plaintiff will have to use other means of Communication to limit the typing i.e. exhibits.*

*Several Health Care Professionals explained to the Plaintiff is "beyond fixing." Currently Plaintiff suffers from what feels like a "collapsed lower left lung" or detourant from Left Kidney damage. It is becoming severe. However, No cure. "Double Edged Sword"*

*similar feeling to a prior outcome in a "ER" "ED" Visit.*

### *I.*

## OPENING STATEMENT (STRATEGY)

*Wherein, Parties may construe the method of Strategy with a "two pronged strategy".*

*The plaintiff, is not aware of that Strategy in "Legal Terminology". However he is*

*familiar with being a victim of all the Defendants in result of Their Negligence, in*

*which, is known to the "Plaintiff/Victim" as A Double Edged Sword. A double edged*

*sword is when, "YOUR ORGANS FAIL IN THE COLD AND THE HEAT".*

*Now that is a double edged sword and the only way out is "Death". Their Victim Laid*

*dying in a car in his own feces and urine with organ failure in 117 degree heat and a*

*"Special Needs Dog" The Plaintiff claims, was also effected by the Chemicals. God rest*

*her soul. As the Plaintiff had already planned to commit suicide as no other*

*alternative. Forcing himself, to go one more walk, Ultimo Ca*mino De Booher,

and thence "discovering *The Butterfly". That led to another and another.*

*Plaintiffs Strategy. is completely unplanned, as he is not a licensed attorney, as he paid*

*an attorney licensed by The Missouri Bar Association, and as the Court can see, The*

*Plaintiff stands alone. Additionally known to the Plaintiff as "God's Strategy" 3*

*wedge system. Wedging the Defendants from committing Conspired acts of deceit, to*

*further kill the Plaintiff, as he is dying without further, double jeopardy acts, after the*

*fact. Nothing less, Nothing More. Just a wedge strategy, to Wedge The Conspiracy.*

*And The defendants with Licenses operating the Sprayers have a personal professional*
*License, as Trained By The State, Yet, to appreciate the dangers of their Biological*
*Weapons. Especially in "This Case" Where conspiracy to Commit Murder is a*
*Significant Factor" as Plaintiff intends to collect from their bonds in this suit.*

## Relief Demand Requested (Amended)

*In result of changing conditions, currently lungs, left kidney, back, A-fib, Cardiac symptoms' I think the time is getting closer, lost 65 pounds with no Appetite, The pain is Softball sized and moves from one organ to the next. It is Everywhere. Blood in urine, it isnt looking good guys.*

*Therefore, with Medical costs at 1-2 million as Plaintiff Requests Health Insurance Companies reimbursed as Right and Just. And give Permission for any Family Member of Plaintiff to inherit this case in the Event that I should be absent.*

*Total Relief Demand Requested Two Hundred and fifty million, (250, 000, 000.)*

## Plaintiff Move's the Court to Adjoin New Defendant's to the Case . Federal Rule 20. (2)(a)

*Plaintiff, requests in this amendment to, 'Add" the following Defendants', as it is detrimental to, the Justice of This case as. As Plaintiff states' these Defendants are just as guilty, to Conspire, After The Fact, Obstruction of Justice, Tampering with a Victim, Vulnerable Adult Abuse and other cited Authorities all in conjunction with the "Outcome of Damage" to The Plaintiff. Plaintiff, Explains his intention was to originally, add them However, due to The Sexual Exploitation attempts and Medical Rush and Financial Situation was unable to do so.. These newly added prospective Defendants' are Directly tied to "The Negligence" in this case Causing Further Life Threatening Health Damage to the Plaintiff.*

### Adjoining Defendant's

*Adjoining Defendant (1); "Banner University Medical Center South Campus" located in Tucson Arizona, . Also hereby known as "Banner Health".*

*Note to Court. Organs on left rib cage are in severe pain, it seems to be fluctuating from the Lung to the Left Kidney.. I think Both at the same time.. Akicita.*

*Whereas, Plaintiff was a "Banner Health" Patient. They furthered The Damage of his organs. One event was A Mis-Diagnoisis of A "POISONING" in result of Kidney Failure, Banner Health, completely missed the "POISONING" as Blind as could be. Plaintiff went into the Er Department, unsure of what was Happening to him. Plaintiff was shaking tremendously and contemplated a "Nervous Breakdown". Plaintiff merely thought, the Pesticides were finally killing him.*

*Plaintiff told the Physicians and Nurse about the Pesticides and explained it was The*

*Pesticides. They became very angry with the Plaintiff once the Patient Mentioned Pesticides. Like it was a crime to tell the truth. One Nurse said You do not want to do this HERE. This is NOT THE RIGHT PLACE FOR THIS. They treated him poorly in his dying vulnerable State. Treated the Patient as he was a Homeless Junkie off the Streets on Drugs. Plaintiff was on Drugs called Caffeine Overdose and in Never Never land. Plaintiff/Patient was extremely emotional, after consuming one box of Energy Drink. Believed to Have 1200 Mg of Caffeine.*

*One Physician called him Stupid. Degrading the Vulnerable Adult.*

*"After The Vulnerable Adult" was administered a shot of dark color. The Poisoned Victim Crashed "then was released. "without" Physicians, acknowledging the Poisoning. Violated all responsibility of the Physicians according to their License. Whereas; The Plaintiff was released "ORIGIN OF POISON UNKNOWN" to the Vulnerable Adult and Poisoned Patient, In a mad rush to get rid of the Urine that looked like "PEPSI COLOR" He went Home and Consumed More Caffeine. Consuming a second Box. Causing him to become, what is known to the Plaintiff as in "The Spirit World" "Dying". Out of all The Plaintiff has been through, that was the most excruciating, Lingering, you could imagine. Plaintiff warns Caffeine Poisoning is Not the Way to Go. Slow Agonizing Pain, Plaintiff, communicated with "KU" for Help in Kansas While in Arizona working for the Government. On or Around January 28th, 2021.*

*"Banner Health" "Thereafter Committed Deceitful Criminal Acts" against the Plaintiff and tried to Hide The Truth, Falsifying Medical Documents, Believed to be behind Conspiracy to Commit Murder as a Primary care Physician Stated,*
*" We all Got together and decided we are going to take care of you" . Also known as Conspiracy to Commit Murder.*
*- Several Physicians to Conspired to Hinder This Suit, also known as Obstruction Of Justice, as He made them aware of The Farming Chemical Exposures. When Physicians hear the word Pesticide, They no Longer like the "Patients" for Some Reason, and several of the Physicians, in Which, will be provided and proof of such during the Discovery, as they are considered to "aid and abet", "after the fact" for the "Pesticide Farmers". Not all Physicians at Banner Health were like that. Several were Sympathetic and were thorough and very decent humans. Multiple Physicians are believed to be in Conflict of Their own Interest. However, there are "Several" That Violated Several Laws Already Noted in This Complaint.*

*Whereas, Plaintiff filed this original case as the "Banner Health" and informed them, therefore became angry with patient, Falsifying Medical Documents. Then, They manipulated a Disabled Adult and intentionally activated his Trauma Disorder and Patient came to having Convulsions Tremors in their room. They Conflicted harm, by*

*using anger and Deceit Against Plaintiff. Because he Mentioned suit against them,. Several Physicians said they did not want anything to do with my Exposures and-*

*Therefore; "Falsifying Documents" to Deceive the Court.*

*Note To Court. Having Minor A-fib or abnormal Heart Spasms, differing from PVS. Similar to The Caffeine Overdose, with Tightness in The Chest similar to Cardiac Arrest or Cold Weather Cardiac Feeling. Moving on.*

*During said, Overdose, People tried to get the Plaintiff, to return to the Hospital. Due to being angry at the Hospital, He decided to go to The Ancient Church and Die,*

*During this time A-fib, Severe kidney Pain, unlike anything imaginable in this world, and heavy weights applied to each loin as they weighted to rip flesh, severe head pressure, near stroke Plaintiff had two (2) Cardiac Moments, with Severe head pressure, When the heart would stop beating, with no movement in his body, When the heart restarted, then the lungs were operational allowing him to breathe,, the Plaintiff would breathe fast to keep it going. Head Pressure during A-fib also known as near stroke.*

*During this Overdose, and multiple visits to the Church, there was a massive battle for his soul as he was near death, 3 spirits entered.*

*As the Court can Clearly see, These actions have led the Plaintiff to Clinical insanity, from all the listed Defendants,*

### **Adjoining Defendant (2);  O'Connor Law Firm "Mathew O'Connor"**

### **Time Frame of Caffeine Overdose**

*During the time frame of "The Caffeine Overdose" in January of 2021. Plaintiff was working for The Government as a Building Inspector, and doing quite well, at first, in which is common, for the plaintiff with his newly acquired,  disabilities with GS-12 Pay Status or Approximation, as his pay was at $50 Dollars Per Hour, what would have been around, one hundred and two thousand per year. (102,000)*

*Plaintiff was under the spell of What was known to Him as a "Crack Zone" Peeking out windows for days, crashing, dying in severe pain, Severe Anxiety as Mr. O'Connor Stated, man I can hear it in your voice. Plaintiff, Ronnie Booher was near Death like never Before. Plaintiff made Mr. O'Connor aware of his*

*Pesticides Exposure , Mr. O'Connor played along,*

*Mr. O'Connor Proceeded to tell His New Client he would Take The Case of The Chemical Exposure, Therefore Plaintiff Paid Him In the amount requested, of 1,500 Dollars',all of the Funds left over from The Exploited Victims Check. Thereafter, Mathew O'Connor Called inquiring about The Plaintiff's Health During This Caffeine Overdose, He explained, "Hey we have to move quick on this deal" so he, could get Started on the case, as quick as he could, as we had to hurry on this case before Statute of Limitations Expire, Mr. O'Connor asked for, another 1,500 Dollars, Plaintiff explained to him with his next Paycheck, as the Plaintiff did. Then he abandoned his client and ignored him, Stalled, did not file documents, Malpractice of Legal Duties, In result of "The Overdose". The Plaintiff of Course lost his Job once again due to illness because of the Negligence of "HIS REPRESENTATION"..*
*Plaintiff Stands alone, to avoid the Deceit of Man, Hide him Not from the Fire of God, but from the Deceit of Man.*

*And While Plaintiff was jobless and homeless Paid Mr. O'Connor another 465 Dollars and Starved and almost died, Which is Believed to be his Representations Plan.*

*Plaintiff, Ronnie Booher is not the only one, as he intends to provide witness Subpoena of such.*

*-Moving On-*

**Adjoining Defendant's (3); Dale Brothers Farming Company.**

*In August of 2020, Shortly Prior to the Organ Failure in September of 2020, Also Hereby Known as; "Darrin Dale" and "Dustin Dale" of Ridgeway Missouri. Plaintiff States, due to their direct Negligence and Showing up in the middle of the night. Because Plaintiff was upset about the Terroristic Blast from Pesticides also known to Plaintiff as the Use Of Biological Weapons. Plaintiff states, Damaging his Family and everything he worked for. Creating an early painful demise for their Victim. Additionally Accompanied by, "Andrew Callaway" Plaintiff States, they were drinking with weapons,*

*Plaintiff states we can put up a cross and finish driving the stakes.*

*The Plaintiff Challenged all of Them, But they like using deceit as a Financial Gain to win, and decided to Show up in The middle of The Night to shut the Plaintiff up for good, hereby also known as Conspiracy to Commit Murder,*

*In Addition to an Unknown assassin, firing a gun shot out of the Corn field in the direction of The Plaintiff, August of 2020, while working on his Chicken Shed to raise Chickens with the company of a confidential witness thereof.*

*Aforegoing to an UN-named individual at the Plaintiffs door with an AK-47, Plaintiff had weapon drawn on person with said AK-47 on fire 2 feet from his head. Plaintiff, elected to put the gun on safety and wait to see if he entered, He did not Enter, and left shortly thereafter.*

**Adjoining Defendant (4); Jeffery Boggs.** *(Benson Arizona)*

*Plaintiff, Describes Mr. Boggs as a Sexual Predator. Mr. Boggs took Plaintiff in to help him, according to Mr. Boggs. However, the Plaintiff describes it as a trap, to use and Exploit the Vulnerable adult, for sexual acts, cheap trades, and protection from a neighbor. Mr. Boggs was interfering with this Court Case, causing serious Mental Abuse, to his Victim, as Mr. Boggs would not leave the Plaintiff alone about sexual acts., Plaintiff, now faces homelessness again, to evade the neighbor Landlord's Sexual Deviance from the Law. Hereby Known as Obstruction of Justice, Attempted Sexual Exploitation of a Vulnerable Adult, Trying to force sexual acts through deceit, conducting mental abuse tactics, with his victim, all because Mr. Boggs was set on his own interest, to trick and Deceive a vulnerable adult and try to exploit him homo-sexually, even proposing money saying it would be a great way for someone in my dire situation to make funds.*

*Mr. Boggs couldn't get what he wanted, so he proceeded intentionally, to inflict mental abuse on his victim. well knowing of The Victim's fragile mental State, causing the victim to lash out verbally in a PTSD way.*

*Intentional Infliction of Emotional Distress to cause Order out of Chaos.*

### Removal of Defendants'

**Removal of Defendant; Richie Morgan.** *Plaintiff, hereby request's to remove Richie Morgan from this suit as a Defendant, he is deemed by the plaintiff, not as a Lack of Negligence, by any means. Herein, acknowledging Mr. Morgan's Responsibility of liability, directing it towards MFA Inc. and Richie Morgan as Company Capacity rather than Individual ..*

*Whereas, Employees as Defendants in This Case, Hereby Identified as Bruce Nail, as a State Licensee, therefore has a Personal Obligation of said license, to be Bonded with The State of Missouri. If the Employer, would like to cover the remainder of The 125 Million on behalf of their employees, that is their right to do so.*

*Whereas, Defendant; Steve Rutledge remains as Individual Capacity, in lieu, if MFA wants to Take Responsibility for Attempted Exploitation of A Vulnerable adult to acquire his land, Theft, Espionage, Tampering with Evidence,Obstruction of Justice,Tampering with a victim, deceit through false statements about the pesticides safety ie.. of course Defendant, only remains if the court should deem it so.*

*Plaintiff; R.W. Booher expresses his gratitude, by welcoming MFA Inc Defendants for*

*their appearance.*

*IN RE; I. BACKGROUND*

*August 2020-*

*Plaintiff notes, Shortly after "Mr. Nail" Sprayed Plaintiff, with Pesticides*

*The Perpetrators Pursuant to the Double Jeopardy homicide, as their Biological*

*weapons were not enough, after spraying him with pesticides for 4 years and making*

*him sick and dying, they came to his home to shut him up for good, Conspired to*

*Commit Murder and also tried Entrapment methods. Perpetrators are Hereby identified*

*as Andrew Callaway "Andrew Callaway Farms" and "Dale Brothers Farms" Hereby*

*Known as "Dustin Dale" and "Darren Dale".*

**Factual Matter;** *The Opposition may claim there is no Factual Matter.*

*"A claim is facially plausible 'where the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."*

*Plaintiff, alleges he has provided plenty of substantial and Factual claims alleging, that once all "evidence" is provided "The Court" and All Defendants will be proven to be "LIABLE"In this Court of Law, if the Court should deem so.*

*Plaintiff, directs The Court's Attention to the Following;*

*In August of 2020, "Bruce Nail" Chemical Sprayer for MFA, is one of the Sprayers that*

*Violated all LAWS associated with, the aforementioned EPA Labels.*

*Plaintiff, inhaled the "Voc Pesticide Emissions" most of the morning coming from the*

*South East, Hereby Known as Robert Shepard Farms. Plaintiff, remembers the "Voc*

*Pesticide Emissions" being extremely strong in odor. Defendant, Hereby known as*

*Bruce Nail driving a John Deer with a massive sprayer, approximately 80 feet wide*

*with nozzles of pure Biological Terror, that comes with massive destruction to the*

*Environment. The honey bees Mr. Booher enjoyed as a child there, all gone. Animals*

*sick dying and vomiting in the yard, garden dying, trees dying in the yard. Every Year.*

*Imagine 60 feet trees dying from a biological blast while Plaintiff was in the Yard.*

In August of 2020 Mr. Nail finished Spraying the Shepard Farm to the SE. Therein,

Proceeded to Spray Hazardous Farming Chemicals to The Shepard Farm to The East.

Approximately 20 feet from the Plaintiff while he was watering his fruit trees.

Completely ignoring any "Restricted Entry Requirements" from lack of State Training,

to appreciate the labels EVER. Therefore Causing Plaintiff to attend The Emergency

Department for Said Exposure. In the amount of 7000 Dollars, still currently owed by

The Plaintiff, to The Harrison County Community Hospital, they did not test for

any types of chemicals just, standard Lab work. Plaintiff did not mention Pesticides

during this Visit, The Physician was extremely nice and did a CT Scan and therefore

showing Bladder Wall Thickening and Liver Enzymes Elevated. A clear Mutation from

the Biological Weapons used by MFA and Supervised by Richie Morgan Manager of

The Bethany, Missouri Branch.

Plaintiff, Booher, has provided numerous "cited Authorities" throughout this case

concluding, In which for justice against Terrorism conflicted unto him.

Biological Terrorism. Therefore conflicting a Double Jeopardy as opposition is

hindering the freedom of Speech of this case. There is no Federal Rule that Plaintiff is

aware of barring, this method in preventing Conspiracy, prevailing for Justice.....


(ii) _**Regulations cited by Plaintiff; Pursuant to US Code 7 § 25;**_
Here, the law states that anyone who violates this law can be sued for any of the
damages they cause.


Therefore; all of the Cited Authorities and claims, by the Plaintiff, are Identified, as a
barrier Defense, against Conspiracy, "The Oppositions Statutes", may come as
"derailing" of cited authorities, pleading a citizen is not allowed a redress against it's
own Governments For Conspiracy, Acts of Terrorism, in which none, specify that an act
of Biological Terrorism and treason Against " The United States" as well as a Citizen of
Itself, is not able to establish a claim for, redress of Terrorist and other actions. That
would be Treason in itself, The Cited Authorities, that may be used, by the Opposition
are believed to be, out of context from the true significance of this case. Hereby Known
as an Act of Terror. As well as a broad spectrum of preventatives, By The State Hindering the
Rights of It's People.

**Ronnie W. Booher     Vs.     Dale Farming Company et al,**   (See Defendant List;)

 _**REQUEST TRIAL BY JURY-   "YES" PLAINTIFF; SO WISHES TRIAL BY "JURY"**_

As, to protect The Honorable Judge according to Plaintiff;

for it is easier to commit conspiracy against one (1).  "Plaintiff requests trial by Jury."

 _**Plaintiff; Ronnie W. Booher Address Revision;**_
 1915 W. Casa Del Rio Drive, #29 Benson Arizona 85602.
Note to Court: Address will be changing soon, in result of Harassment/Stalking.
 _**Defendants' Address  Revision; with newly added Defendants if Allowed by the Court.**_

(1) **"Dale Farming Company"** *Ridgeway Missouri, (Harrison County)*
*Owners' Douglas Dale and Carrie (Dale) Renner.*
*Business Address. 604 Vine St. Ridgeway Missouri 64481*

(2) **"Andrew Callaway Farms" Andrew Callaway;** *Bethany Missouri (Harrison County)*
*32346 w. State Hwy. 13 Bethany Missouri, 64424.*
*Bethany, Missouri 64424 Missouri Business and Home Location.*

(3) *"Randy Joiner" Ridgeway Missouri. (Harrison County) (Pesticide Sprayer Dale Farming)*
*24023 E State Hwy T. Ridgeway Missouri 64481 – Home Address*
*604 Vine St. Ridgeway, Missouri 64481 – Business Address*

(4) **"Bruce Nail"** *Bethany Missouri. (Harrison County) (Pesticide Sprayer "MFA")*
*(a).* 22208 E US Highway 136 STE. 100, Bethany Missouri 64424 – Home Address
(b). 1201 N. 25th St. Bethany, Missouri 64424. - MFA Work Address.

(5) **Jeff (Skillet) Smith** Ridgeway, Missouri. (Harrison County) (Pesticide Sprayer – Callaway)
23461 E. Freedom Rd. Ridgeway, Missouri 64481 – Home Address

(6) **"O'Connor Law Firm" Strategic Lawyers "Matthew O'Connor" Official Capacity.**
523 Grand Blvd. Kansas City, MO 64106. *(Jackson County)*

(7) **"MFA INCORPORATED" "Jason Weirich" "Official Capacity"**
*201 Young Ray Drive. Columbia Missouri 65201 - "MFA Headquarters"*

(8) *"Gage's" "Scott Gage"* *Bethany Missouri, (Harrison County) (Chemical Supplier)*
*31019 E. 260th Ave. Bethany, Missouri 64424. - Business Location*

(9) *"* **Loveland Products" "Richard Gearheard"** *Loveland Colorado (Weld County)*
*14520 Co. Rd. 64 Greeley Colorado, 80631 - Headquarters Location*

(10) **"Corteva Corportaion" "Chuck Magro"** *(New Castle County Wilmington Delaware)*
*(a.) 1209 N. Orange St. Wilmington, Delaware 19801 – Trust Company Location.*

(11.) *"Bayer Corporation" Contact; "Phillip Blake"*
*(a.) 251 Little Falls Drive Wilmington Delaware 19808 – Headquarters.*
*(b.) 1209 N. Orange St. Wilmington Delaware 19801 – Trust Company Location.*

(12.) *" Dupont" Contact; Edward Breen*
*(a.) 1209 N Orange St. Wilmington, Delaware. 19801- Trust Company Location.*

(13.) **"Christine Lynn Chinn" The Missouri Department of Agriculture" 'The State"**
*(a.) 1616 W. Missouri Boulevard, Jefferson City Missouri 65102 – Business Location.*
*(b.) 3937 HWY 151 Clearance, Missouri 63437 – Home Farm Location.*

(14.) **"Courtney Cross Official Capacity" "The Harrison County Health Department"**

*1700 Bethany Avenue, Bethany Missouri 64424- Business Location.*

*(15.)"The Harrison County Presiding Commission" "Governing Body" "Harrison County"*
*Commission between the dates of 2017-2020 Jack Hodge, Rick Smith, Jim Holcomb.*
*1505 Main St. Bethany Missouri 64424 – Business Address- Courthouse.*

*(16) "BASF Corporation"     Contact; Craig Kleppe "Official Capacity"*
*1209 N. Orange St. Wilmington Delaware, 19801 – Company Trust Corporation.*
*100 Park Avenue, Florham New Jersey 07932 – Company Address.*

*(17)"Steve Rutldege" "Individual Capacity"  (Pesticide Sprayer/Mixer "MFA")*
*305 N Arch St. New Hampton Missouri 64471.  - Home Address.*

*(18)"Amy Pickeren" "Official Capacity" "Harrison County Community Hospital"*
*2600 Miller Street, Bethany Missouri 64424*

*(19) " Doctor Kenneth (Chad) Lambert"      "Individual Professional Capacity"*
*(a,) 3301 Wilda Road. Bethany Missouri 64424 – Home Address.*
*(b.) 2600 Miller Street Bethany Missouri 64424 -Work Address.*

*(20) "Doctor Richard Kimmell"      " Individual Professional Capacity"*
*12735 S. Darnell Street. Olathe, Kansas 66062- Home Office.*

*(21) Banner Health. (Chad Whelan MD) (Official Capacity)*
*2800 E Ajo Way, Tucson Arizona (Pima County) (520-874-2000)*

*(22) Dale Brother's Farming Co.  Contact; (Dustin Dale) Official Capacity.*
*604 vine st. Ridgeway Missouri, 64481 (phone) (660)425-4644*
*(Harrison County)*

*(23) Jeffery Boggs,  (Individual Capacity) (Sexual Harassment-Vulnerable Adult Sex acts)*
*1915 W. Casa Del Rio Drive#30. Benson, Arizona 85602 (Cochise County)*

**_Plaintiff; R. W. Booher, Directs The Court's Attention to Page 3 of "The Complaint";_**

*Page 3  (II.)  Basis For Jurisdiction.*

**_Federal Question: List the Specific Statutes, Federal Treaties or Provisions of, "The United States Constitution" that are at issue, in this Case._**

*Plaintiff Prays to "Add", not to take from or replace original issues. However, to Multiply.*

*(a.) 40 CFR § 156. 10 (2) Prominence and legibility;*

**(I)** All words, statements, graphic representations, designs or other information required on the labeling by the Act or the regulations in this part must be "CLEARLY LEGIBLE" to a person with normal vision, and must be placed with such conspicuousness (as compared with other words, statements, designs, or graphic matter on the labeling) and expressed in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use.

**(ii)** All required label text must: **(A)** Be set in 6-point or larger type; **(B)** Appear on a clear contrasting background; and **(C)** Not be obscured or crowded.

**(b) U.S. Code § 136(x);** *Protection of Health and the Environment, The terms "protect health and the environment" and "protection of health and the environment" mean protection against any unreasonable adverse effects on the environment. (A)*
*(a)* **15 U.S. Code § 2601 - FINDINGS, POLICY, AND INTENT.** *(A)(B).*

*(b.) 15 USC § 2602(4)*

*(c) "7 U.S. Code § 136l – PENALTIES; (a) (1-5, ) (b) (1-4)."*

*(d) "6 U.S. Code § 321g - Conduct of certain public health-related activities (a) (b).*

*(e) "15 USC § 2602(6) -Definitions Environment"*

*(f) 15 U.S. Code § 15c - Actions by State attorneys general (a)-(d)*

*(g) 15 USC § 2602 (12) - Potentially exposed or susceptible sub-population.*

*(h) 15 USC § 2602(4) -Conditions of use.*

**(i)** 18 U.S. Code Chapter 73 - OBSTRUCTION OF JUSTICE

**(j)** 18 U.S. Code § 1512; -Tampering with a victim.

**(k)** 18 U.S. Code § 1515 3 (a-e) Misleading Conduct.

**(l)** 28 U.S. Code § 2677 -No Compromise.

**(m)** 51 U.S. Code § 20137 -Malpractice and Negligence suits against U.S. (d) Compromise.

**(n)** 18 U.S. Code § 3 - Accessory after the fact.

**(o)** 18 U.S.C. §§ 1503 and 1505, (b)(1) and (2)

**(p)** 18 U.S.C. § 2, 2471. - Aiding and Abetting.

***Federal Question: List the Specific Statutes, Federal Treaties or Provisions of,***

## <u>*"The United States Constitution" that are at issue, in this Case.*</u>

*(q) "The United States Constitution". - Article. III (3), Section 3. (Treason Levying War) "AKICITA". rat, война, oorlog, krig, Krieg, cogadh, guerre, guerra, wojna, război, война, вiйна,*

(r) *Amendment 1. (1) States, ones free exercise to Petition the Government for grievances.*

*(s) Amendment IV. (4) States, The Right of "The People" "Freedom "*

*(t) Amendment XIV. (14); Abridged, privileges, immunities of the Citizens of the United States;*

*(u)32 CFR § 750.23 – Definitions.; (a) Negligent Conduct. "Failure to Act"*

*(v) In Re; 28 U.S. Code § 2674 – Liability of United States;*

*(x) 15 U.S. Code § 3901- Definitions (2), Liability; (A) means legal Liability for damages.*

*(y)TITLE 7 AGRICULTURE § 13 (a)"Non-Feasance, Misfeasance and malfeasance of Duties.*

*(z) U.S. Code Title 7 Agriculture;*

 **(B) (I)** *45 CFR, Part 160 and Sub-parts A and E of Part 164- Violated HIPPA Privacy Rule.*

(I) *(2) USC § 2331. Definitions; - Terrorism Acts against civilian population.*

*(III) -RSMo; 537. 765 (4) Contributory Fault: (By all Defendants) Unreasonable Failure, to appreciate the danger involved in the use of this "PRODUCT",*

*(IV) Title 18 § 2332 a. Crimes and Criminal Procedure. Use of weapons of mass destruction.*

*(V) 18 U.S. Code § 208 - Conflicts of Interest.*

*(VI) 42 U.S Code §1981. - Equal rights under the law Chapter 21 Rights of The Public Welfare.*

*(VII) §1983. Civil action for Deprivation of Rights:*

*(VIII) U.S Code § 5, 552 a- Privacy Act of 1974 Violated. Breach of incorrect information.*

*(IX)*§1985. **Conspiracy to interfere with civil rights;(2) Obstructing justice; intimidating party, witness, or juror; and (3)** *Depriving persons of rights or privileges;*

 *I. 645. Entrapment - Department of Justice; Criminal Resource Manual 601-699;*

*II. US Code 28 § 4101 – Definitions (Slander)*

*III. 7 U.S. Code § 136i–1 - Pesticide record keeping (a-g)*

    *(V) 7 U.S. Code § 136i–1 - Pesticide record keeping (a-g)*

      *(c)* When a health professional determines that pesticide information maintained under this section is necessary to provide medical treatment or first aid to an individual who may have been exposed to pesticides for which the information is maintained, upon request persons required to maintain records under subsection (a) shall promptly provide record and available label information to that health professional. In the case of an emergency, such record information shall be provided immediately.

*(VI) 7 U.S. Code § 136i- Use of Restricted Use Pesticides, Applicators (a-e)*

    (2) *(a)* designates a State agency as the agency responsible for administering the plan throughout the State;
(Plaintiff Believes, "The State" Administration would have the "Same Outcome" if The Department would collect Licensee fees and lay the entire state pesticide enforcement department off.)

(VII.)   **7 U.S. Code § 136j - Unlawful acts.**
  **(L)** who is a producer to violate any of the provisions of section 136 (b) (e)
(Pesticides Believed to be adulterated)

(VIII.)   **18 U.S. Code § 287 - False, fictitious or fraudulent claims**

(IX.)   **31 U.S. Code § 3729 - False claims By Applicator  (Liability)**

### *COMPLAINT MODIFICATION RESOLUTION (SUGGESTION); With Motion for "THE LEAVE OF THE COURT"*

***Federal Question:*** *List the Specific Statutes, Federal Treaties or Provisions of, "The United States Constitution" that are at issue, in this Case.*

*(X)*     TITLE 18—CRIMES AND CRIMINAL PROCEDURE, 18 § 1112. Manslaughter.
    *Note to all Parties: Plaintiff R. W. Booher's current Medical Situation at time of typing. Let it be known to all interested parties, Kidney Failure Activated by Current Temperatures Mid to upper 80's causing Kidney Damage. "Continue Flushing." Trauma Disorder calming as Anxiety Stressor calms, Temperatures below 40 degrees Fahrenheit will cause respiratory/cardiac failure. Plaintiff believes he has Neuro Sarcoid, as his brain acts in manner of sarcoidosis. Sarcoidosis= Cells are confused by foreign substance, cells are confused attacks everything (Organ Matter) in defense, Brain acts the same way during disorder flares. Currently having minor A-fib due to stress of this case on the operating system of the body.*

*(XI) Title 18  § 1114. Protection of officers and employees of the United States;*

Whoever kills or attempts to kill any officer or employee of the United States or of any agency. (3) in the case of attempted murder or manslaughter, as provided in section 1113.

(XII) Fastac Per Label Requirements; AGRICULTURAL USE REQUIREMENTS
Use this product only in accordance with its labeling and with the Worker Protection Standard, **40 CFR Part 170.** This standard contains requirements for the protection of agricultural workers on farms, forests, nurseries, and greenhouses, and handlers of agricultural pesticides. It contains requirements for "TRAINING" , decontamination, , and"NOTIFICATION" Emergency assistance. It also contains specific instructions and exceptions pertaining to the statements on this label about personal protective equipment(PPE) AND "RESTRICTED-ENTRY INTERVAL". The requirements in this box only apply to uses of this product that are covered by the Worker Protection Standard.
" DO NOT" ENTER OR ALLOW WORKER ENTRY INTO TREATED AREAS.

*(XIII) EPA Reg No. 352-873 Agriculture Use Requirements - DO NOT ENTER or allow worker entry for 12 hours into treated areas during the restricted entry interval hereby known as, (REI)*

*(1)Directions for use; It is against Federal Law to use this product in a manner inconsistent with its labeling.*

***Federal Question:*** <u>*List the Specific Statutes, Federal Treaties or Provisions of,*</u>
<u>*"The United States Constitution" that are at issue, in this Case.*</u>

*(I)Title 18 USC* § 175. Prohibitions with respect to biological weapons;
(a) IN GENERAL.—Whoever knowingly develops, produces, stockpiles, transfers, acquires, retains, or possesses any biological agent, toxin, or delivery system for use as a weapon, or knowingly assists a foreign state or any organization to do so, or attempts, threatens, or conspires to do the same, shall be fined under this title or imprisoned for life or any term of years, or both.

*(II.) Title 18 USC § 1519 – Tampering With Evidence – Interfering with Investigation.*

## (III.) 18 U.S. Code § 1956 - Laundering of monetary instruments (a-i)
*(a)(3) (b) To conceal or disguise in nature of proceeds of unlawful activity. (short)*

(V).7 U.S. Code § 136w–2 - Failure by the State to assure enforcement of State pesticide use regulations
(VI)Title 7 USC § 63. Liability of principal for act of agent. When construing and

enforcing the provisions of this chapter, the act, omission, or failure of any agent, officer, or other person acting for or employed by any person, within the scope of his employment or office, shall in every case be deemed also the act, omission, or failure of such person as well as that of such agent, officer, or other person

(VI.)7 U.S. Code Section 136w-5.. Minimum requirements for training of maintenance applicators and service technicians- Each State may establish minimum requirements for training of maintenance applicators and service technicians. Such training may include instruction in the safe and effective handling and use of pesticides in accordance with the Environmental Protection Agency Labeling an Instructions. (Training?)

*Federal Question: List the Specific Statutes, Federal Treaties or Provisions of,*
*"The United States Constitution" that are at issue, in "This Case".*

(D)
(I)**28 U.S. Code § 2401:**

(II)**18 U.S.C. § 1001 requires that the false statement, concealment or cover up be "knowingly and willfully" done, which means that "The statement must have been made with an intent to deceive, a design to induce belief in the falsity or to mislead, but § 1001 does not require an intent to defraud -- that is, the intent to deprive someone of something by means of deceit."**

**(II) 923. 18 U.S.C. § 371—CONSPIRACY TO DEFRAUD THE UNITED STATES.**

**(III) 12 U.S. Code § 5531 - Prohibiting unfair, deceptive, or abusive acts or practices.**

**(V) FTCA FTCA, "the United States shall be liable"**

**(VI) 10 CFR § 14.57 Suit against United States exclusive remedy.**

**(VII) Title 10. Health and Safety. Chapter 2. Division of Public Welfare. Article 10. Adult Protective Services**

(l) **Financial or Property Exploitation;** means illegal or improper use of an Adult with Disabilities, money, property, or other resources for monetary or personal benefit, profit or gain. This includes, but is not limited to, "THEFT", misappropriation, CONCEALMENT, misuse or FRAUDULENT DEPRIVATION of money or PROPERTY belonging to THE ADULT with a DISABILITY.
"Adult with Disabilities"
(1)has a physical or mental impairment which substantially limits one (1) or more major life activities; or
(2) has a history of, or has been classified as having, an impairment which substantially limits one

**Federal Tort Claims Act (FTCA),** which authorizes plaintiffs to obtain compensation from the United States for the torts of its employees.

<u>***COMPLAINT AMENDMENT;***</u>
***Federal Question:*** <u>*List the Specific Statutes, Federal Treaties or Provisions of,*</u>
<u>*"The United States Constitution" that are at issue, in "This Case".*</u>

## *(I.)* **- 38 CFR § 46.1 – Definitions.**

**(b) *Claim of medical malpractice;*** *means a written claim or demand for payment based on an act or omission of a physician, dentist, or other health care practitioner in furnishing (or failing to furnish) health care services, and includes the filing of a complaint or administrative tort claim under the Federal Tort Claims Act, 28 U.S.C. 1346(b) 2671-2680.*

**(f)*Gross negligence***; *Is materially worse than substandard care, and consists of an entire absence of care, or an absence of even slight care or diligence; it implies a thoughtless disregard of consequences or indifference to the rights of others.*

(n)***Willful professional misconduct****- means worse than mere substandard care, and contemplates the intentional doing of something with knowledge that it is likely to result in serious injuries or in reckless disregard of its probable consequences.*

*(II.) - **42 U.S. Code § 11101 – Findings;*** There is a national need to restrict the ability of incompetent physicians to move from State to State, without disclosure or discovery of the physician's previous, from previous incompetence.

(III.) **(FCAA) Federal Clean Air Act.** *Federal clean air laws require areas with unhealthy levels of ozone, inhalable particulate matter, carbon monoxide, nitrogen dioxide, and sulfur dioxide to develop plans, known as State Implementation Plans (SIPs). SIPs are comprehensive plans that describe how an area will attain national ambient air quality standards (NAAQS). The 1990 amendments to the federal Clean Air Act set deadlines for attainment based on the severity of an area's air pollution problem.*

**Toxicological Review of Ammonia Noncancer Inhalation** [CASRN 7664-41-7] **Supplemental Information**

# _42 US CODE §7604. Citizen suits;_

## (a) Authority to bring civil action; jurisdiction

Except as provided in subsection (b) of this section, any person may commence a civil action on his own behalf—

(1) against any person (including (i) the United States, and (ii) any other governmental instrumentality or agency to the extent permitted by the Eleventh Amendment to the Constitution) who is alleged to have violated (if there is evidence that the alleged violation has been repeated) or to be in violation of (A) an emission standard or limitation under this chapter or (B) an order issued by the Administrator or a State with respect to such a standard or limitation,

(2) against the Administrator where there is alleged a failure of the Administrator to perform any act or duty under this chapter which is not discretionary with the Administrator, or

(3) against any person who proposes to construct or constructs any new or modified major emitting facility without a permit required under part C of subchapter I of this chapter (relating to significant deterioration of air quality) or part D of subchapter I of this chapter (relating to nonattainment) or who is alleged to have violated (if there is evidence that the alleged violation has been repeated) or to be in violation of any condition of such permit.


The district courts shall have jurisdiction, without regard to the amount in controversy or the citizenship of the parties, to enforce such an emission standard or limitation, or such an order, or to order the Administrator to perform such act or duty, as the case may be, and to apply any appropriate civil penalties (except for actions under paragraph (2)). The district courts of the United States shall have jurisdiction to compel (consistent with paragraph (2) of this subsection) agency action unreasonably delayed, except that an action to compel agency action referred to in section 7607(b) of this title which is unreasonably delayed may only be filed in a United States District Court within the circuit in which such action would be reviewable under section 7607(b) of this title. In any such action for unreasonable delay, notice to the entities referred to in subsection (b)(1)(A) of this section shall be provided 180 days before commencing such action.

(XIII) 42 US Code §7410. State implementation plans for national primary and secondary ambient air quality standards

**(a) Adoption of plan by State; submission to Administrator; content of plan; revision; new sources; indirect source review program; supplemental or intermittent control systems**

(1) Each State shall, after reasonable notice and public hearings, adopt and submit to the Administrator, within 3 years (or such shorter period as the Administrator may prescribe) after the promulgation of a national primary ambient air quality standard (or any revision thereof) under section 7409 of this title for any air pollutant, a plan which provides for implementation, maintenance, and enforcement of such primary standard in each air quality control region (or portion thereof) within such State. In addition, such State shall adopt and submit to the Administrator (either as a part of a plan submitted under the preceding sentence or separately) within 3 years (or such shorter period as the Administrator may prescribe) after the promulgation of a national ambient air quality secondary standard (or revision thereof), a plan which provides for implementation, maintenance, and enforcement of such secondary standard in each air quality control region (or portion thereof) within such State. Unless a separate public hearing is provided, each State shall consider its plan implementing such secondary standard at the hearing required by the first sentence of this paragraph.

**EPA REGULATION NO. 524-549 -and-**
**EPA Registration Number: 34704-125 -and-**
**EPA Reg. Number: 7969-364**
**29 CFR 1910.1200.**
**EPA Regulation No. 62719-671**
**EPA REG No. 352-873**
**CASRN 34256-82-1 121776-33-8**
**Act of 1986 Title III CASRN 1912-24-9; Emergency Planning and Community Right To Know Act.** (Instead was concealed)

§14(b)(1): Criminal Penalties: In general - Any registrant, applicant for a registration, or producer who knowingly violates any provision of FIFRA is subject to a fine of not more than $50,000 and/or imprisonment not to exceed 1 year.

**S.3283 — 117th Congress (2021-2022)** "Protect America's Children from Toxic Pesticides Act".

§7509. Sanctions and consequences of failure to attain

**(a) State failure**

For any implementation plan or plan revision required under this part (or required in response to a finding of substantial inadequacy as described in section 7410(k)(5) of this title), if the Administrator—

(1) finds that a State has failed, for an area designated non attainment under section 7407(d) of this title, to submit a plan, or to submit 1 or more of the elements (as determined by the Administrator) required by the provisions of this chapter applicable to such an area, or has failed to make a submission for such an area that satisfies the minimum criteria established in relation to any such element under section 7410(k) of this title,

(3)(A) determines that a State has failed to make any submission as may be required under this chapter, other than one described under paragraph (1) or (2), including an adequate maintenance plan, or has failed to make any submission, as may be required under this chapter, other than one described under paragraph (1) or (2), that satisfies the minimum criteria established in relation to such submission under section 7410(k)(1)(A) of this title, or

(B) disapproves in whole or in part a submission described under subparagraph (A), or

(4) finds that any requirement of an approved plan (or approved part of a plan) is not being implemented,

**WIKI- Agent Orange;** is a herbicide and defoliant chemical, one of the "tactical use"Rainbow Herbicides. It is widely known for its use by the U.S. Military as part of its herbicidal warfare program, Operation Ranch Hand, during the Vietnam War from 1961 to 1971. It is a mixture of equal parts of two herbicides, 2,4,5-T and 2,4-D. In addition to its damaging environmental effects, traces of dioxin (mainly TCDD, the most toxic of its type) found in the mixture have caused major health problems for many individuals who were exposed, "AND THEIR OFFSPRING".

Product Negligence; The manufacturer's have responsibilities the plaintiff, manufacturers breached that duty, the breach was the actual cause of injury, the breach was the proximate cause of injury, and actual damages were suffered by the plaintiff as a result of the negligent act. failure to provide adequate warnings or instructions concerning the proper use of their products.

Negligence in Health Care, The Health Care Defendants,had Responsibilities to the Plaintiff, They Breached That Duty, and their breach of Duties was the Actual Causation of Further Damage, By Failure to Recognize Poisonings, Caffeine Overdose, if they cant find caffeine, How are they to find Biological Agents?
Furthermore; The Health Defendants, Violated Several Laws along their way to Deceive

the Patient, By providing False information Stating the Sarcoidosis is in Remmission, That is completely False and has never been in Remission, Plaintiff States he was having a Sarcoid Flare Underneath Proximaty of 30 Physicians and all could not See it or covered it up, Like Dr. Lambert did with my Deformations, Plaintiff found, They maliciously altered Documents,to Deceive the Court,

Torts § 20(b) (2009). **A person who is found by a court to have carried on an abnormally dangerous activity will be subject to strict liability for physical harm resulting from that activity**.

(NIOSH) Exposure to pesticides could increase your chances of having a miscarriage, a baby with birth defects, or other problems. Some pesticides also may be able to pass into breast milk. Here, you can learn more about these chemicals and what you can do to reduce your exposure for a healthier pregnancy.

## *Cause of Action*

*Now Comes, Ronnie W. Booher "ADDING TO"*

*"NOT EXCLUDING" FROM THE ORIGINAL. "Cause of Action"*

*Simply a Clarification to ALL PARTIES and*

*THE HONORABLE COURT.*

*Stating the Cause of Action was "NEGLIGENCE" by*

*"ALL DEFENDANTS' NAMED IN THIS CASE".*

***Whereas; The Plaintiff was Exposed to multiple combinations of deadly Biological Weapons of Mass Destruction, Known as VOC Emissions,***
*Whereas; The Plaintiff Requested the required retainment of records in 2019. from,the state of Missouri. Plaintiff was ignored. Concealing the Truth.*

*May 2019-*
*Andrew Callaway Farms, Also hereby known as Andrew Callaway, Dale Farming Company Sprayed Plaintiff with, Keystone NXT,Roundup Powermaxx and Low vol6*

ester. Plaintiff was already sick, with sarcoidosis by this point. As he was Diagnosed in January 2019, but believed to have Spring of 2018, or set in on spring of 2018 However request for records of 3 years required retention of use of their pesticides May2019-

Jeff Smith is Typically the Sprayer around my home, as in May of 2019. He sprayed differently, he sat at the edge of the property in the proximity of 80 yards, sitting there for a while in one spot, extremely strong odor, with the sprayer going fumigating his victim, causing a terroristic act.

September 2019-
Andrew Callaway blasted in the windows of his victim, as The Plaintiff woke to the sound of a Tractor and Pesticides coming into the Windows. September 2019.

Whereas; Failure of The Chemical and Health Care Defendants, Breached their duty of chemicals to properly test for Chemicals. Plaintiff Believes 24-d can be tested in the urine up to 1 week. The Health care facilities are like a Broken Record, Failure to check for chemicals outside of their ordinary, computerized prompts in the direction processes to complete on the Patient, instead of checking for contaminants' out of their own memory bank. Plaintiff feels as The Corporate Hospitals Systems are BROKEN by their processes, and procedures are broken.

**As Example;** of such claimed, but not limited, as many more are not listed ,

The following, Manufactures and all Suppliers and Owners of distribution,

of herbicides, such as LOW VOL. 6 ESTER, ROUNDUP POWER MAXX, ATRAZINE, GLYPHOSATE, ANHYDROUS AMMONIA, 2,4 D, FASTAC, DICAMBA, KEYSTONE NXT, DUPONT INSTIGATE, CLOTHIDIAM,

are regulated under the Federal Insecticide,except NIOSH Believed as Regulator

of Anhydorus Ammonia, Fungicide, and Rodenticide Act ("FIFRA"), 7. U.S.C. §

136 et seq. FIFRA requires that all pesticides be registered with the

Environmental Protection Agency ("EPA) with all Parties distribution, sale, or

use, except as described by FIFRA 7 U.S.C. 136a(a). 34. The EPA requires as part

of the registration process, among other requirements, a variety of tests to

*evaluate the potential for exposure to pesticides, toxicity to people and other*

*potential non-target organisms, and other adverse effects on the environment.*

*Registration by the EPA, however, is not an assurance or finding of protection or*

*safety. The determination the EPA makes in registering or re-registering a product*

*is not that the product is "safe," but rather that use of the product in accordance*

*with its label directions "will not generally cause unreasonable adverse effects on*

*the environment." 7 U.S.C. § 136(a)(c)(5)(D). 35. FIFRA defines "unreasonable*

*adverse effects on the environment" to mean "any unreasonable risk to man or*

*the environment, taking into account the economic, social, and environmental*

*costs and benefits of the use of any pesticide." 7 U.S.C. § 136(bb). FIFRA thus*

*requires the EPA to make a risk/benefit analysis in determining whether a*

*registration should be granted or allowed to continue to be used or sold in*
commerce

*Plaintiff , Suggests to the Court to Evaluate The Health Risk And The Damage.*

*The Biological Weapons of Mass Destruction are Destroying The Health of It's*

*Citizens. Multiply Each Citizens That has been affected, Pays them 5 million each*

*and start weighing the real "FACTORS" of "ECONOMIC IMPACTS"*

*five million for each victim and multiply by 50,000.*

*"Chemical Defendants" are involved, as result, in the development, design,*

*manufacture, marketing, sale, and/or distribution by USE of genetically modified*

("GMO") crops, many of which are marketed as being resistant to Roundup i.e

The International Agency for Research on Cancer ("IARC") is the specialized

 intergovernmental cancer agency the World Health Organization ("WHO") of the

 United Nations tasked with conducting and coordinating research into the causes

of cancer but are lacking knowledge of all the other major illnesses associated

with such and provided in Discovery.

### Defendants' statements proclaiming the safety of "Combination Biological Weapons and disregarding its dangers,

 Defendant; Steven Rutledge, misled Plaintiff and assured Plaintiff by saying,
 " shoot I get that stuff on my skin all the time, it wont hurt you" Concealment of
the Truth" from the Plaintiff, as using god as his shield of defense well knowing
the victims vulnerable state, Plaintiff was misled intentionally by the perpetrator,
to try and  get the Plaintiff's land and all belongings, as Mr. Rutledge is believed
to be the master mind by the Thefts of belongings and burglaries, that have
occurred to plaintiff,Mr Rutledge, also known to plaintiff as a Predator that uses
God as his source to manipulate people with disabilities in a vulnerable State,
  Whereas; in conflict of Interest for his own personal gain.

Whereas; Mr. Rutledge Tampered with The Victim, Psychologically making the
vulnerable adult act out in his defense and then giggle like a satanic worshiper,

 Whereas; Mr. Rutledge found his company to be liable, thereafter, he started to
aid and abet the crimes by what is known as After The Fact assuring the victim to
lose, he also maliciously hid evidence from the investigation, known as
"obstruction of Justice"

 Therefore; Plaintiff R. W. Booher includes his deceitful acts in this case for
restitution of his causation.

 Despite ALL Defendants' knowledge that Combination  was associated with an

*elevated risk of developing multiple, multiple health issues and diseases*

*Defendants' promotional campaigns focused on the Chemicals "safety stance."*

*"Chemical Defendants" failure to adequately warn Plaintiff resulted in, being exposed to "Combination Pesticide VOC Emission of Death" instead of using an innovative, safe method of controlling unwanted pests, as aforementioned, Farming with pre-historic periods of evolution in horticulture.*

*All " Health Care and Chemical Defendants" failed to appreciate the dangers of Biological Weapons*

*The failure of "Chemical" Defendants to appropriately warn and inform the Plaintiff, of inadequate warnings in safety information presented directly to "The Community" also known as Plaintiff,*

*The failure of "Medical and Chemical" Defendants to appropriately warn and inform the has PLAINTIFF of such adverse effects resulted in the absence of warning or caution statements that are adequate to protect health and the environment.*

*The failure of "Health Care Defendants" to appropriately warn and inform the the proper authorities to stop such criminal acts that are not adequate to protect health and the environment.*

*In Result of the aforementioned acts, Plaintiff seeks compensatory damages as a result of Plaintiff's exposure to, All Chemicals, which caused or was a substantial contributing factor in causing Plaintiff to suffer from Sarcoidosis of the Lungs and Lymph-nodes, Brain Damage, Kidney Failure, Kidney Damage, Neurological damage, Eye Damage, Swelling of the Belly,similar to when an animal dies and bloats also called Pneumatosis Intestinalis, Pneumoperitonium, Pnuemomediastinum, damage to the entire systematic response system, Heart damage. All in result of ALL Defendants Act of Deviation from the requirements of "The Laws" causing severe personal injuries, in which are permanent nature, permanent Disabilities according to The United States Social Security Administration, also causing, physical pain, mental anguish, intentional mental anguish, his life will be forever diminished of full enjoyment of Health,*

*Reasoning of the aforementioned and foregoing, Plaintiff is subdued to*

*permanent disability. With most recent opportunity presented as GS-15 Pay Status.*
*To the Plaintiff, as he is Certified in Government Zoning and with Experience as*
*Government Planning, as a High School Drop Out, with Equivalency of Such*
*Education and CEU's was able to finally Establish a pay at GS-15 Level and now*
*is unable to participate, In Result of ALL Defendants NEGLIGENCE.*

*Medical Expenses Continues to be a factor and Plaintiff, also needs  Home*
*Health advocate to organize and plan weekly medical itineraries,  expenses, and*
*other economic and non-economic damages, as a result of the actions and*
*inactions of all the Defendants named in This Case.*

*Defendants in the Medical Field ignored acts and accepted them as a Threat of*
*their own Interests. Failure to act accordingly to the law. Concealing a crime,*
*Falsifying documents, failure to treat patient as a Chemical Emergency Victim,*
*Failure to treat patient correctly by giving him handfulls of medications furthering*
*the damage according to other physicians and UN-named Trial Toxicologist as he*
*wants no part of this,because the physician medications could have caused it.*

*Malpractice of "The Health Care Defendants" by Failure to understand chemical*
*emergencies, Failure to acknowledge Deformations, Ordering hand injection in*
*the joint when nothing was wrong with the joint, as plaintiff did not know he had*
*deformation of the hand  at the time due to severe disorientations;, and trusted*
*said Physicians.*

*Therefore; "18 USC 1113 Attempted Homicide; Intentionally to be directed to multiple*
*defendants, in "This Case"  as well as,"The Commission" as they are believed to be the*
*executors of such in 2017-2020  of the "Biological Terror Attacks" against their "Citizen"*

*Therefore requests to consider, additionally, to the Complaint; if allowable by the court.*
 *"The Commission" is believed to have committed  the act of;*
 *18 USC 1117 Conspiracy to commit murder with "Biological Weapons"*

*" In Respect to The Commission" The Plaintiff alleges of RSMO; 537. 765 (4) as they are*
*"believed" to be subject in "Contributory Fault" with "Unreasonable Failure", to Appreciate*
*the danger involved in the use of said Products known as "Farming Chemicals" "Pesticides"*
*"Insecticides" "Toxins" "Agents"*

*As, the Governing Body of Harrison County, is very familiar with the Biological Weapons of*
*Mass Destruction also known to Plaintiff as "FARMING CHEMICALS" as   "Pesticide*
*farmers themselves"*

-Causing-
Anhydrous Ammonia and approximately twenty (20), to thirty (30), different types of
"PESTICIDE VOC EMISSIONS" UN-Healthy Environmental Crisis) or the consequences
thereof and the unreasonable exposure to said danger. (also known as Environmental Health
Concern Known As Combination VOC Emissions)

 "The County Officials are extremely experienced, with "farming chemicals" and know the
dangers of such, but were ignored such and levied war upon it's Citizens'
In this case Unreasonable Failure, to "Oversee" the use of Dangerous Products construed as a
biological weapon against "It's Citizens".   In light of the the Commission, coming from a
farming background, well known of such risks of the Biological Weapons being released by the
pesticide farmers,  Plaintiff believes
"The Commission" ordered the homicide against plaintiff ; and their intentional cover up , for
**18 U.S. Code § 1117'** Conspiracy to Commit Murder against their own Citizens'.

 -32 CFR § 750.23 (a) "The Commissions" Negligent Conduct, by failure to act.

 -28 U.S. Code § 2674 – "The Commission owes Liability of United States; to it's Citizens'

 -28 USC § 3002 (15) (b) (B) an agency, department, commission, board, or other entity of the
United States; or an instrumentality of the United States.
 -Title 18, of US Code §2; Principals  ( **"The Commission,** aiding and Abetting crimes against
humanity)
       (a) whoever commits an offense against the United States, or aids, abets, counsels,
commands, induces or procures its commission, is punishable as a principal.
      (b.) Whoever willfully causes an act to be done which if directly performed by him or
another would be an offense against The United States, is punishable as a Principal.

   (In This Case "The State" was aiding and abetting in result of Conduct Negligence by "
failure to act.")

  - Title 7 Agriculture for Improper or Non-Enforcement. "The County Commission Violated
Title 7 for non enforcement of " PLANNING" to Protect their Citizens' as "The Commission
has the power to help it's citizens' of such Terror Attacks in this case, "BY ADOPTING
PLANNING TO PROTECT IT"S CITIZENS" and such Planning and or Zoning was ignored.
Biological Weapons against it's own Citizens' IGNORED to protect their CONFLICT OF
INTERST IN SUCH "HIGH CRIMES ALLEGED"

 -(b) 28 U.S. Code § 1346 - United States as defendant-
 Plaintiff Prays; The Commission is held Liable for the "Commissions" acts of non-feasance
and malfeasance to protect it's Citizens'
                                        **(Suggestions)**
Subject to the provisions of chapter 171 of this title, the district courts, together with the United
States District Court for the District of the Canal Zone and the District Court of the Virgin

*Islands, shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.*

-*Title 18 Crimes and Criminal Procedure.   § 2332a. Use of weapons of mass destruction*

*(B) any weapon that is designed or intended to cause death or serious bodily injury through the release, dissemination, or impact of toxic or poisonous chemicals, or their precursors; (C) any weapon involving a biological agent, toxin, or vector (as those terms are defined in section 178 of this title);*

*(In this Case "The State" and all Civil Officials' named in this case are believed to be guilty of such crimes, "Through the acts stated aforementioned in this pleading. )*
*"BY IMPROPER USE OF A BIOLOGICAL WEAPON"*

*Therefore; Plaintiff; R. W. Booher calls upon the President of THE UNITED STATES, The Leader, Chief and Commander of The United States  with his, well regulated Militia, to be steadfast, act as Commander to investigate such as a TERRORIST ATTACK on THE UNITED STATES Citizens, and Plaintiff; R. W. Booher summonses the Senate to move towards impeachment of such Civil Officers in this CASE for ACTS of WAR against It's Citizens By "The Civil Officers" Pure Negligence  of all mentioned Violations in this "Response"*
*Under Article 1 (3) of The Constitution "**The Senate shall have the sole Power to try all Impeachments"***

42 U.S. Code § 7401 - Congressional findings and declaration of purpose
FINDINGS;    THE CONGRESS FINDS-
(1)
that the predominant part of the Nation's population is located in its rapidly expanding metropolitan and other urban areas, which generally cross the boundary lines of local jurisdictions and often extend into two or more State's

(2)that the growth in the amount and complexity of air pollution brought about by urbanization, industrial development, and the increasing use of motor vehicles, has resulted in mounting dangers to the public health and welfare, including injury to agricultural crops and livestock, damage to and the deterioration of property, and hazards to air and ground transportation;

(3)that air pollution prevention (that is, the reduction or elimination, through any measures, of the amount of pollutants produced or created at the source) and air pollution control at its source is the primary responsibility of the States and local governments; and

(4)that Federal financial assistance and leadership is essential for the development of cooperative Federal, STATE, regional, and local programs to prevent and control air pollution.

**(b)**D<small>ECLARATION</small>; The purposes of this sub-chapter are-

(1) to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare and the productive capacity of its population;

(2)  to initiate and accelerate a national research and development program to achieve the prevention and control of air pollution;

(3)  to provide technical and Financial Assistance To State and Local Governments in connection with the development and execution of their air pollution prevention and control programs; and

(4)  to encourage and assist the development and operation of regional air pollution prevention and control programs.

(5) **(c)**P<small>OLLUTION PREVENTION</small>; A primary goal of this chapter is to encourage or otherwise promote reasonable Federal, State and local governmental actions, consistent with the provisions of this chapter, for pollution prevention.

   **Therefore; Plaintiff; Ronnie W. Booher, believes an act has occurred, by "The State and The Harrison County Commission and The Harrison County Health Department and all that "Support such Terrorist Attacks" by Failure to Act as aforementioned of *-32 CFR § 750.23 (a) Negligent Conduct, by failure to act*. And "BY" Violating U.S. Code 42 U.S. Code § 7401 and questions such Federal Funds if Received by Defendants' in this Case.**

   **-and Furthermore; Questions, if, " Harrison County Funds were appropriated, to the interests of The Citizens' or to the Interests of "The Terrorists" Hereby, known to Plaintiff as "All Defendants" and all that supports them. to Plaintiff.**

*15 U.S. Code § 2695c - Environmental health program;*
**(a), (1)**takes into account the status and findings of Federal initiatives established under this sub-chapter or subtitle C of title IV of the Energy Independence and Security act of 2007 (42 U.S.C. 1709 et seq.) and other relevant Federal law with respect to school facilities, including relevant updates on trends in the field, such as the impact of school facility on student and staff —

   **(A)**Health, Safety, and Productivity; and **(3)**takes into account, with respect to school facilities,**(A)**Environmental Problems,  contaminants, Hazardous substances, and Pollutant Emissions, including.   **(vi)** pollutant emissions from materials and products; and **(vii)** any other environmental problem, contaminant, hazardous substance, or pollutant emission that present or may present a risk to the health of occupants of the school facilities or Environment.          **(H)** other issues relating to the health, comfort, productivity, and performance of occupants of the school facilities; **(5)** collaborates with federally funded pediatric  environmental health centers to assist in on-site school environmental investigations; **(6)**assists States and the public in better understanding and improving the environmental health of children; and**(7)**takes into account the special vulnerability of children in low-income and minority communities to exposures from contaminants, hazardous substances, and pollutant emissions.

**(b)PUBLIC OUTREACH**The Federal Director and Commercial Director shall ensure, to the maximum extent practicable, that the public clearinghouse established under section 423 of the Energy Independence and Security Act of 2007 [42 U.S.C. 17083] receives and makes available—**(1)**information from the Administrator that is contained in the report described in section 2695b(a) of this title; and**(2)**information on the Exposure of Children to Environmental Hazards in school facilities, as provided by the Administrator.

**Plaintiff's; Response to** *15 U.S. Code § 2695c - Environmental health program;*
*"The Pesticide Farmers", may have sprayed too close to the schools when he was younger. He questions whether "The State" or "The Arm of The State" also known as, (Harrison County)"The Harrison County Health Department". During, Health Inspections of Schools in "The State" If there were any recollection of all the Pesticide Fields and Emissions surrounding schools as a possible Chemical Exposure Threat in the reports? In the past 45 years, has there been any documentation of such Hazards from VOC Emission, in Harrison County? Plaintiff; Ronnie W. Booher suspects conflict of Interest within the Departments, causing a barrier to safeguard the welfare of the general public.*

*"Example Gilman City, Missouri" (HARRISON COUNTY) Plaintiff questions the Cancer rate among children in that Jurisdiction.*

***Conflicts of Interest - 18 U.S.C. § 208; This statute prohibits a Government employee from participating personally and substantially, on behalf of the Federal Government, in any particular matter in which he or she has a financial interest. THE COMMISSION HAS A LOT OF FINANCIAL INTERST ALLEGED BY PLAINTIFF***

Plaintiff; Responds, with this suggestive argument, and the point of this argument resulting in believing that *15 U.S. Code § 2695c - Environmental health program; and Conflict of Interest among State and Local government Employees to protect their investments in "All", said Violations stated in the aforementioned violations, and as Government employees, acting as a Cover-Up to conceal such and promote a solid structure for their, crimes to promote an unhealthy Environment for the Citizens' of "The State" . Government Employee's as, "Pesticide Farmers protecting "Pesticide Farmers" from their Violations by "Failure to Act" and Promoting Such illegal activity..*

*2016 Missouri Revised Statutes*
*TITLE VIII PUBLIC OFFICERS AND EMPLOYEES, BONDS AND RECORDS (103-110)*
*Chapter 106 Removal and Impeachment of Public Officers*
*Section 106.020 Who is impeachable--reasons for impeachment.*

**Universal Citation:  MO Rev Stat § 106.020 (2016)106.020.;**

All "Elective Executive Officials" of "The State", judges of the supreme court, the court of appeals and circuit judges "shall be liable to impeachment for crime", misconduct, habitual drunkenness, "Willful Neglect of Duty, "Corruption in Office," "Incompetency", "or any offense involving moral turpitude", or oppression in office. (L. 1945 p. 1319 § 12836, A.L. 1973 S.B. 263)

*"The Commission" has Personal Interest in Farming, therefor Conflict of Interest, misconduct, Neglect of Duty to protect it's Citizens (Instead They Protect Terrorists.)*

***Plaintiff;** Booher's Analogy; Owning or Affiliation of said Products',additionally, Operating said government overseeing said products, could be construed as illegal for conflict of Interest . By padding their own interests, and that not of (Interest), "It's Citizen's" required by constitutional Law.*

### 42 USC Ch. 21: CIVIL RIGHTS From Title 42—THE PUBLIC HEALTH AND WELFARE

*§1981. Equal rights under the law*

**(a) Statement of equal rights;** All persons within the jurisdiction of the United States shall have the same right in "Every State" and "Territory" to make and enforce contracts, "To Sue", be parties, give evidence, and to the "full and equal benefit of all laws and proceedings for the security of persons and property" as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exaction of every kind, and to no other.

**Plaintiff's Response;** *Plaintiff recommends modification of this code as he perceives "as enjoyed by white citizens" as being racist against him, and should be modified to state "as enjoyed By All Citizens", in result of these circumstances mentioned in this case. As, he is mostly white and did not get to enjoy the mentioned "equal rights" mentioned in Statement (a). as he was going to file suit while living in "The State" of Missouri. However Plaintiff had to leave to prevent from being harmed, murdered by , chemicals  and Defendants', and the Direct Violations Aforementioned against "The State" in this Case.*

*Plaintiff's Civil Rights were Violated by "The Commissions'" "Failure to act to Protect it's Citizens'"*

### 6.

### *Argument continued*

"The Eleventh Amendment acts as a Jurisdictional Bar, for claims as a Jurisdictional bar for claims against UN-contesting state, and it's agencies and departments, "from suits brought in Federal Court by her own citizens of another State.

**Plaintiffs Response;** "It's Citizen" is now citizen of another State, by full "Contributory Negligence" by   "The Commission"and as the causation of such.  and all violations aforementioned by Plaintiff;  in this response

### §1983. Civil action for deprivation of rights;

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

### §1985. Conspiracy to interfere with civil rights;(2) Obstructing justice; intimidating party, witness, or juror; and (*3) Depriving persons of rights or privileges;*

**Plaintiff''s Ronnie W. Booher's  response;**

Obstruction of Justice, by deceit, intentional infliction of emotional distress, intimidation and or force from several Defendants' prevented him from adhering to such rules, thereof; leaves fault directed toward "The Commission".

### §1988. Proceedings in vindication of civil rights: (c) Expert fees;

In awarding an attorney's fee under subsection (b) in any action or proceeding to enforce a provision of section 1981 or 1981a of this title, the court, in its discretion, may include expert fees as part of the attorney's fee. And requests all fees legal as submission associated with this case be paid by all Defendants'

**§1992. Speedy trial;** *Plaintiff seeks speedy resolution, for his multiple, multiple life altering Health Conditions "also known to him as Mutations" compared to a "Biological Attack" "Casus Belli" and consequently, by the Negligence, of all Defendants; in this case, as will be proven under the Court of Law, as his medical conditions worsen, with anxiety stressors. In addition to the life altering conditions, Plaintiff's Lungs and Heart have been damaged, therefore temperatures below a certain degree "not mentioned yet" would cause Cardiac Arrest and per Toxicologist recommendations are for Patient's avoidance of Chemicals. Plaintiff, believes extreme levels of VOC Emissions by Pesticide alone, would be enough to finish murdering him. Therefore preventing him from returning the Midwestern States, and after the emotional distress that has been maliciously caused against him, he has no desire to return to those States where, these evil acts occur.*

*Plaintiff adds; he witnessed thereof, in Washington State, farmers flagged and used restricted area signs to keep the innocent citizens, from entering areas in subject of the restricted interval time set forth by the "EPA" while using pesticides. Plaintiff, Questions if they were different types of Pesticides; or possibly the same insecticides the Defendants; sprayed Plaintiff with, and if Washington State Leaders are more compassionate about Life, Liberty and the pursuit of Happiness, with more advanced and organized structure in their State and Local Entities, to protect it's citizens'?*

*The Question remains unsolved.*

### §262a. Enhanced control of dangerous biological agents and toxins

**(a) Regulatory control of certain biological agents and toxins; (1) List of biological agents and toxins**

**(A) In general;** *The Secretary shall by regulation establish and maintain a list of each biological agent and each toxin that has the potential to pose a severe threat to public health and safety.*

**(B) Criteria;** *In determining whether to include an agent or toxin on the list under subparagraph (A), the Secretary shall-(i) consider-*

*(I) the effect on human health of exposure to the agent or toxin;*

*(II) the degree of contagiousness of the agent or toxin and the methods by which the agent or toxin is transferred to humans;*

*(III) the availability and effectiveness of pharmacotherapies and immunizations to treat and prevent any illness resulting from infection by the agent or toxin; and*

*(IV) any other criteria, including the needs of children and other vulnerable populations, that the Secretary considers appropriate; and*

> **(ii) consult with appropriate Federal departments and agencies and with scientific experts representing appropriate professional groups, including groups with pediatric expertise**

**The Secretary shall by regulation provide for, (1) the establishment and enforcement of safety procedures for the transfer of listed agents and toxins, including measures to ensure;** (A) **"PROPER TRAINING"** and appropriate skills to handle such agents and toxins; and(B) proper laboratory facilities to contain and dispose of such agents and toxins;

(2) the establishment and "Enforcement of Safeguard and Security" measures to prevent access to such agents and toxins for use in "Domestic or international Terrorism" or for any other "Criminal Purpose;"

(3) the establishment of procedures to "Protect the Public Safety" in the event of a "TRANSFER" or potential transfer of such an "Agent" or "Toxin" in "Violation of the Safety Procedures" established under paragraph (1) or the "Safeguard" and "Security" measures established under paragraph (2); and

**(c) Possession and use of listed agents and toxins**

The "Secretary" shall by regulation provide for the establishment and "Enforcement" of " Standards and Procedures" governing the possession and use of listed agents and toxins, including the provisions described in paragraphs (1) through (4) of subsection (b), in order to **"Protect The Public Health and Safety".**-and- **(e) Safeguard and security requirements for registered persons;** *(1) In general;* **-***Regulations under subsections (b) and (c) shall include appropriate safeguard and security requirements for persons possessing, "using", or transferring a listed "Agent" or "Toxin" commensurate with the "Risk" of such "Agent" or "Toxin" poses to "Public Health and Safety" (including the risk of use in "Domestic or international terrorism"). The "Secretary" shall establish such requirements in collaboration with the "Secretary of Homeland Security" and the "Attorney General", and "Shall Ensure Compliance" with such "Requirements" as part of the "Registration System Under Such Regulations."*

*Plaintiff Believes ; The Commission is aware of Risks, but failed to acknowledge them for its citizens'*

*Argument*

Ex. Ord. No. 13546, July 2, 2010, 75 F.R. 39439, provided:

(a) A robust and productive scientific enterprise that utilizes "Biological Select Agents and Toxins (BSAT) is essential to national security;(b) BSAT shall be secured in a manner appropriate to their risk of misuse, theft, loss, and accidental release; and (c) Security measures shall be taken in a coordinated manner that balances their efficacy with the need to minimize the adverse impact on the legitimate use of BSAT.

**Sec. 2. *Definitions*.** (a) "Select Agent Program" (SAP) means the regulatory oversight and administrative activities conducted by the Secretaries of Health and Human Services and Agriculture and the Attorney General to implement the Public Health Security and Bioterrorism Preparedness and Response Act of 2002 and the Agricultural Bioterrorism Protection Act of 2002.

**Plaintiff'; Ronnie Booher's Response; He alleges "The County Commission, The State and The Harrison County Health Department" Instead Supports Bio-terrorism on It's own Citizens'"and "Violated" the "Public Health Security" against It's own "Citizens'"**

**(c) "Biological Select Agents and Toxins";** Means biological "Agents and Toxins "with the potential to pose a severe threat to public health and safety, animal and plant health, or animal and plant products and whose possession, use, and transfer are regulated by the Department of Health and Human Services and the Department of Agriculture under the SAR.

(c) "Biological Select Agents and Toxins" means biological agents and toxins with the potential to pose a severe threat to public health and safety, animal and plant health, or animal and plant products and whose possession, use, and transfer are regulated by the Department of Health and Human Services and the Department of Agriculture under the

### Statutory Notes and Related Subsidiaries

**Findings**

Pub. L. 110–377, §2, Oct. 8, 2008, 122 Stat. 4063, provided that: "Congress makes the following findings:"(2) Poisoning is the second most common form of unintentional death in the United States. In any given year, there will be between 3,000,000 and 5,000,000 poison exposures. Sixty percent of these exposures will involve children under the age of 6 who are exposed to toxins in their home. Poisoning accounts for 285,000 hospitalizations, 1,200,000 days of acute hospital care, and more than 26,000 fatalities in 2005.

"(3) In 2008, the Harvard Injury Control Research Center reported that poisonings from accidents and unknown circumstances more than tripled in rate since 1990. In 2005, the last year for which data are available, 26,858 people died from accidental or unknown poisonings. This represents an increase of 20,000 since 1990 and an increase of 2,400 between 2004 and 2005. Fatalities from poisoning are increasing in the United States in near epidemic proportions. The funding of programs to reverse this trend is needed now more than ever.

"(5) The 2001 Presidential Task Force on Citizen Preparedness in the War on Terrorism recommended that the Poison Control Centers be used as a source of public information and public education regarding potential biological, chemical, and nuclear domestic terrorism.

"(6) The increased demand placed upon poison centers to provide emergency information in the event of a terrorist event involving a biological, chemical, or nuclear toxin will dramatically increase call volume."

### Plaintiff's Response to Findings of Statutory Notes  and Related Subsidiaries;

*"Explains through UN-vigorous and approx, 4 years" Experience" of hard time with poisoning,"*

*"The Medical field and The Health Care Defendants' lacks the proper training and testing for said agents, toxins, poisonings, pesticides and would more than likely miss, most poisonings and their origin, due to; lack thereof,*

*Plaintiff; Ronnie W. Booher intends to pursue;"**SUIT" IN THIS COMPLAINT,  AGAINST "THE STATE OF MISSOURI",  IN CARE OF "THE DEPARTMENT OF***

*AGRICULUTURE" AND "CHRISTINE LYNN CHINN", IN HER OFFICIAL CAPACITY, FOR, IT IS BELIVED "THE DEPARTMENT" SUFFERS WITH "GREAT INCOMPETANCE", IN SUFFICING THEIR "INTERGOVERNMENTAL AGREEMENT" WITH "THE ENVIRONEMENTAL PROTECTION AGENY" to protect the United States of America, instead "Causing" an "Environmental Mass Health Crisis" throughout State, mass animals, bees and possibly protected species being eliminated, dying, sick, puking in the yard, a slow, painful, agonizing death same as Plaintiff; Ronnie W. Booher Experienced in 2019 after being "Sprayed and Fumigated By Pesticides"and not to mention all the pesticides in the food, this is construed as a "Terrorist Attack" against the people of the United States Of America, in The State of Missouri, by The State Of Missouri, by allowing such criminal activities, acting as a "Harbor For Criminals" by malfeasance and non-feasance to regulate Pesticides Properly, according to Plaintiff; "Pro Se" Ronnie W. Booher alleging of such.*

*-and -*

*Plaintiff; "Pro Se" Ronnie W. Booher "Humbly Apologizes" For not drawing the "much needed " attention to;*
*"The State of Missouri" "Missouri Department of Agriculture" and Director Christine Lynn Chinn" in the complaint, for "MDA's" direct violations and such will be included in the following pages of his response.*

*-and-*

*Plaintiff; Ronnie W. Booher, alleges "The Missouri Department of Agriculture" possibly has connection, with up to 50,000 casualties and or injuries throughout the Northern Part of The State Of Missouri. As, Plaintiff; Ronnie W. Booher was born with "Deformation" of the hands, believed to be caused by "Mother's Pesticide Exposure" while in the "Womb" in 1976. Plaintiff; Booher, questions the types of farming chemicals, used between 1976 and current year, as a kid Plaintiff remembers breathing that "clean fresh" air mixed with the wonderful aroma of "VOC Pesticide Emission.*

*-and-*

*Plaintiff; Ronnie W. Booher, alleges the "State" of Missouri's" direct involvement of improper pesticide regulation has harmed him, the communities of innocent women and children, through death, cancer and other major health conditions destroying their organic gardens and livelihood, Note: as other residents of "The Sate of Missouri" have came forward to the Plaintiff, alleging of the same outcome as the Plaintiff; Booher, with serious health conditions, with such conduct from The State of Missouri, is directly linked to the Medical cost associated with Plaintiff's illnesses. And Plaintiff's said; "Medical Costs" are believed to be, between one (1) Million and two (2) Million Dollars.*

*-and-*

*Plaintiff, believes; MDA is to be responsible for "Trillions" in Health Care, to the American People, and Health Insurance Companies, as Plaintiff's Medical costs alone are believed to be between one (1) and two (2) Million Dollars. As people within said state, acknowledging to the Plaintiff of casualty, believed by them (The People of The State), to be also, related to the pesticide exposure. However, Plaintiff's Health is not well enough to do so, "unless" "Legal Representation" is acquired as Plaintiff can't even handle his own affairs properly, due to medical conditions caused by the direct negligence of "The State of Missouri" causing disability to the Plaintiff.*

*-CONTINUED TO PAGE 2-*

*Opening Statement Continued*

*Plaintiff; Ronnie W. Booher believes that an Act of Domestic Terrorism has occurred by "The State of Missouri" .*

*By, non-feasance/malfeasance of duties of MDA official for the State, to protect it's citizens from the ,*

*Environmental Health Crisis presented in this case.*

*Plaintiff ; Booher has "Investigated activity in the Pesticide fields at numerous locations in Missouri, State Licensees'*

*Blasting Pesticide in adverse conditions exceeding the limits set forth by "The Environmental Protection Agency"*

*Dangerous, Hazardous Chemicals blowing in yards for children when they get home for school to play in the yards with Pesticides, and in hay fields*

*where the cow's eat, also known as cruelty to animals by poisoning, and claim to be grass fed, what about pesticide fed Beef? Would you like some beef to go with that Pesticide?*

*With "No  MDA Inspectors" in sight ever seen by Plaintiff; Booher in 45 years, "No Inspectors" overseeing or conduction of surprise inspections.*

*With Pesticide blowing around ""like Candy" and complete disregard to proper application "Almost Like The Licensees'  Have "Never" Been*

*Trained By State Of Missouri for Proper Application "EVER".*

*"MDA" INVESTIGATION OF (2019) "AFTER PLAINTIFF WAS SPRAYED WITH PESTICIDES",  "THE MISSOURI DEPARTMENT OF*

*AGRICULTURE'S INSPECTOR STATED  " YOU KNOW WE ARE NOT GOING TO DO ANYTHING RIGHT? "WE WILL MORE THAN LIKELY*

*SEND OUT A LETTER".     PLAINTIFF; RONNIE W. BOOHER BELIVES, PEOPLE OF THE COMMUNITIES ARE  BEING MURDERED AND*

*THE DEPARTMENT DOESN'T DO ANYTHING EXCEPT FOR WHAT THE*

*INSPECTOR STATED" "SEND OUT LETTERS"  PLAINTIFF*

*BELIEVES IT MAY BE A SCAM TO COLLECT MONEY FROM THE LICENSEES' AND SIT IN THE OFFICE AND DO NOTHING BUT*

*SUPPORT SUCH "CRIMES AGAINST HUMANITY" also known as Treason against the Citizens' of The United States of America.*

*-AND-*

*THEREFORE; PLAINTIFF; "PRO SE" RONNIE W. BOOHER,*

*SEEKS TO ENTERTAIN AN INVESTIGATION OF;  THE DEPARTMENTS, "INTERGOVERNEMTAL AGREEMENT"*

*THE DEPARTMENT HOLDS WITH, "THE  ENVIRONMENTAL PROTECTION AGENCY "*

*DURING THE DISCOVERY  PERIOD OF THIS CASE,  AS  A "FORMER INTERGOVERNMENTAL AGREEMENT LIASON"  FOR*

*"THE STATE OF ARIZONA" THAT HAD OVERSSEN SUCH TYPES OF CONTRACTS AND PERFORMED INSPECTIONS AND AUDITS ON*

*JURISDICTIONS FOR "COMPLIANCE" OR "NON-COMPLIANCE" OF  MENTIONED "STATE" CONTRACTS. he Intergovernmental agreement*

*According to: "**The United States Constitution**" Article 11. (two) (2), SECTION. 4.*

*The President, Vice President and "**All Civil Officers**" of the United States,*

*shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high*

*Crimes and "**Misdemeanors**".*

*Whereas; In the subsequent stated Violations by, " The State of Missouri" and crimes' against the,*

*"Citizens of The United States of America" and Plaintiff; Ronnie W. Booher,  By, Failure to protect it's*

*"Citizens"  As, Christine Lynn Chinn's Impeachment for crimes against The Citizens of*

The United

States of America is requested by Plaintiff; Booher.

 Therefore; Plaintiff; Booher  Pleads to the Honorable Court of the Western District of Missouri,  to "move as a motion" for "The Impeachment" of Christine Lynn Chinn.

 Plaintiff; Booher Believes,

Harbor for Criminals that Murder Citizens with Pesticides that the State "itself"has Jurisdiction to regulate.

Therefore; the "State" is Liable for such damages, and quite frankly, the Plaintiff,

Believes they should have to compensate Plaintiff; Booher for the entire said amount in

"The Relief Demand Requested".  For It's ("State Of Missouri") "Failure" to operate a successful government to Protect It's Citizens.

 Relief Demand Totaling;  One Hundred Twenty Five (125) Million Dollars, In Court Costs. legal fees,

as Plaintiff paid an attorney for this case in the amount of Three Thousand Four Hundred and Sixty

Five ($3,465.00) Dollars. However said "Attorney"  scammed the homeless, sick plaintiff and quite

frankly the upstanding gentleman conducted, "exploitation of a disabled individual".

The Medical Expenses Unknown at this time believed to be between One (1) and Two (2) Million

Dollars. as a direct Link of Causation alleged to be in result  of  "The State of Missouri's" Negligence.


 The States, Commission and Health Department's "Failure" to operate a

government to protect its citizens "from"   "Domestic Terrorist Attacks by Pesticide VOC Emission."

Plaintiff; Would also like to "Note: that when this turns to Cancer like my Neighbors did from

"The States Negligence," and if so, happens during the time frame of this suit,

Plaintiff; Ronnie W. Booher will seek a "Motion To Modify, of said, Relief Demand, to the Amount of

Four Hundred (400) Million Dollars for the "Domestic Terror Attack Against Plaintiff's Humanity

1. "The United States Of America Constitution".    Article. III (3), Section 3.

Treason against The United States, Shall consist only in levying war against them.

Plaintiff; Ronnie W. Booher's Response;  (The Enemies, Criminals and Terrorists also known as Defendants' of this case, Levied War  against "Citizens of The united States of America " and Leviced War against a  Government Employee at the time of Levying War, also Known as Plaintiff;  Ronnie  Booher and the Citizens' of The United States of America known as Residents of The State of Missouri. Plaintiff as he is a current Citizen of the United States of America and He, was a Citizen of  The "State of  Missouri" during these acts of War against the Plaintiff,  of Enemies of The Citizens

drawing "First Blood" upon him, with enough Anhydrous Ammonia to Murder someone in 2017 and  Plaintiff; Booher, was forced to move for safety from,  The VOC Pesticide Emissions that were Murdering the Plaintiff, and avoiding being murdered by a Double Jeopardy Homicide, by  "The Pesticide Farmers" Known as Defendants; "Dale Farming Company" and "Andrew Callaway Farms" in 2020  and Causation of such was; Homelessness,

**(Direct Negligence of The "MDA", to protect It's Citizens by Improper Regulation of Pesticides)**

Or in adhering to their enemies, giving them Aid and Comfort.
Plaintiff Booher's Response:
Defendant; "The State of Missouri Aided and Abetted such crimes by non-feasance/malfeasance.
No Person shall be convicted unless on the Tesimony of Two (2) Witnesses to the same overt Act. Or in confession in open Court, The Congress shall have Power to declare the Punishmentof Treason, but no Attainder of Treason shall work corruption of blood, or Forfeiture Except during the life of the person attained.

*Code; Amendment to the Constitution Ratified by The States;*

*Amendment 1. (1) States, ones free exercise to Petition the Government for a redress of Grievances.*

*Amendment IV. (4) States, The Right of "The People" also known in this case aforementioned, as "Citizens", the right for people to be secure in their persons, homes, papers and effects, against*
 *unreasonable searches and seizures, "Shall Not Be Violated"*

   *-Plaintiff's Response; Unreasonable Seizure of his health, home, papers, his credit, his work, his life, his belongings his humanity was seized from him, in the direct result of MDA's Failure to properly regulate pesticides. Plaintiff; Booher questions the type of Government that allows allows such heinous activities to occur to It's People in The Great Country of The United States of America.?*

*Amendment XIV. (14); State. All persons born in The United States ( "as Plaintiff was") and subject to the jurisdiction thereof, are citizens of The United States and of The State, wherein they reside.*
 *"NO STATE" shall make of enforce any law which shall abridge the privileges or immunities of the Citizens of the United States; nor shall a "ANY STATE" deprive any person of life, Liberty, or Property . Without due process of law; nor deny to any person within it's jurisdiction the equal protection of the law.*

  *-Plaintiff; Ronnie W. Booher, States. That he did not receive equal protection of the law, while living in "The State of Missouri, in the direct result of the "State of Missouri's" Nepotism and Harboring Criminal Activities, Aiding and Abetting the "Pesticide Farmers".*

  *-Plaintiff ; adds to his response; "The State of Missouri" is to be believed to be guilty of "Depriving him of Life, Liberty and Property without the due process of the law, while living in the State, forcing him to move. It would be Unjustifiable for the "State"to blame Plaintiff for not living in the State of Missouri in "This Suit". As mentioned in the "States" aforegoing response on the 11th amendment punishing him for not living in the state, when he had to leave the State, because the State allows murder there, and encourages it. And Plaintiff had to seek protection while dying, living in his car, in 117 degree weather with "ORGAN FAILURE" because the State of Missouri's "NEGLIGENCE" to protect it's citizens by Proper Enforcement of Pesticide.*

*The Plaintiff almost shot himself in the HEAD as he was starving, suffering from "THE TRAUMA DISORDER/ PTSD" caused by these actions according to the Plaintiff's, Psychiatric Report.*

*Whereas;*
*The State, The Commission and The Harrison County Health Department's Malfeasance/ Non-Feasance against Plaintiff , forced him to leave the State, Because of "LAX Pesticide Enforcement." Plaintiff; Suffered dearly because of the States NEGLIGANCE to properly enforce Pesticides, his dreams of starting a little Organic Farm ripped from him, due to The State of Missouri. Plaintiff seeks to Inspect and Investigate them further to find more of their incompetence to "Operate a State Department." Plaintiff Seeks Restitution for their damages they caused and subsequently, intends to, not return to the "State of Missouri as the Environment there is UN-HEALTHY and could kill him due to the medical conditions the Defendants' caused.*

*32 CFR § 750.23 – Definitions.;*
*(a) Negligent Conduct. Generally, Negligence is the failure to exercise the degree of care, skill or diligence a reasonable person would exercise under similar circumstances.*
*"Negligent Conduct Can Result from Either an ACT or a "FAILURE" to act.*

*Plaintiff; Ronnie W. Booher's response to above named code;*
*"In this case The Department of Agriculture Failed to act as an Enforcement Agency to Protect the Citizens, they have contracted with The Environmental Protection Agency to do so.*
*He feels as if the " government" no longer cares; or has forgotten their place about "We The People" "Protecting The Citizens" instead they protect themselves and the criminals, possibly believed to be a conspiracy to commit murder, a secret society, if you will, for their Satanic Cult to murder the populous with their "Pesticides" "Terrorist Activities" according to Plaintiff; Ronnie W. Booher.*

*In Re; 28 U.S. Code § 2674 – Liability of United States;*
*"The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest, prior to judgment or for punitive damages,*

*28 USC § 3002 (15) United States Definition; (A) A Federal Corporation; (B) an agency, department, commission, board, or other entity of the United States; or © an*

*instrumentality of the United States.*

*Plaintiff; Ronnie W. Booher's Response to 28 USC § 3002 (15) and 2674;*
*Plaintiff construes this code interpretation as The State is "Liable" the same as an individual. However, shall not be liable for "INTEREST, Prior to Judgment therefore entitled to interest thereafter -and- not Liable for the "INTEREST" for "Punitive Damages"*
*Therefore Entitled to Punitive Damages but not the Interest for said punitive damages.*

*15 U.S. Code § 3901- Definitions (2), Liability; (A) means legal Liability for damages( including costs of defense, legal costs and fees, and other claim expenses) because of injuries to other persons, damage to their property, or other damage or loss to such other persons resulting from or arising out of- (I) any business, trade product, services, premises, or operations, or (II) any activity of any State or local government, or any agency or political subdivision thereof .*
*Plaintiff's Medical Expense is undetermined , However, it is believed to be approximately one (1) to, two (2) Million Dollars.*

*Conduct Negligence By "The State of Missouri*

*Plaintiff; "Pro Se" Ronnie Booher, believes an act or violation has occurred under TITLE 7 AGRICULTURE; FOR NON ENFORCEMENT BY "CHRISTINE LYNN CHINN.*
*(In her official position) "THE MISSOURI DEPARTMENT OF AGRICULTURE AS "THE STATE OF MISSOURI.*

*§ 13a. Non enforcement of rules of government or other violations; cease and desist orders; fines and penalties; imprisonment; misdemeanor; separate offenses If any registered entity is not enforcing or has not enforced its rules of government made a condition of its designation or registration as set forth in sections 7 through 7a–2 of this title, or if any registered entity, or any director, officer, agent, or employee of any registered entity otherwise is violating or has violated any of the provisions of this chapter or any of the rules, regulations, or orders of the Commission thereunder, the Commission may, upon notice and hearing on the record and subject to appeal as in other cases provided for in section 8(b) of this title, make and enter an order directing that such registered entity, director, officer, agent, or employee shall cease and desist from such violation, and assess a civil penalty of not more than $500,000 for each such violation, or, in any case of manipulation or attempted manipulation in violation of section 9, 15, 13b, or 13(a)(2) of this title, a civil penalty of not more than $1,000,000*

for each such violation. If such registered entity, director, officer, agent, or employee, after the entry of such a cease and desist order and the lapse of the period allowed for appeal of such order or after the affirmance of such order, shall fail or refuse to obey or comply with such order, such registered entity, director, officer, agent, or employee shall be guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $500,000 or imprisoned for not less than six months nor more than one year, or both, except that if the failure or refusal to obey or comply with the order involved any offense under section 13(a)(2) of this title, the registered entity, director, officer, agent, or employee shall be guilty of a felony and, on conviction, shall be subject to penalties under section 13(a)(2) of this title. Each day during which such failure or refusal to obey such cease and desist order continues shall be deemed a separate offense. If the offending registered entity or other person upon whom such penalty is imposed, after the lapse of the period allowed for appeal or after the affirmance of such penalty, shall fail to pay such penalty, the Commission shall refer the matter to the Attorney General who shall recover such penalty by action in the appropriate United States district court. In determining the amount of the money penalty assessed under this section, the Commission shall consider the gravity of the offense, and in the case of a registered entity shall further consider whether the amount of the penalty will materially impair the ability of the registered entity to carry on its operations and duties.

### Act of Terrorism Committed by "The State"

#### Definition of Terrorism according to §2331. Definitions;

**(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State; (B) appear to be intended— (i) to intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion; or.**

Plaintiff; "Pro Se" Ronnie W. Booher moves toward a "Cease and Desist" motion to be placed, to stop "Christine Lynn Chinn in her official position, "The Missouri Department of Agriculture" AS THE STATE OF MISSOURI, from committing any more acts of TERRORISM against it's People by non enforcement, by doing a cease and Desist of Said Department may save one (1) thousand residents throughout northern Missouri this spring, from being murdered or die a horrible death by "CANCER" and or Other Illnesses and allow Protection Agency to Cease Intergovernmental Agreement until Suit has been settled.

In Respect to, Defendant, "Dale Farming Company"; Dale Brothers and MFA

Plaintiff, States during 2013-2014 winter as setting records for long freezing periods,

Plaintiff had Several, Flu's, Influenza A and B and was Trapped inside most of The Winter, Therefore, causing Winter Depression in 2014. Plaintiff accepted a Position as A State Inspector and moved to Arizona for better employment, as The State of Missouri, is severely Lacking for people with Disabilities, and The health insurance, was The main Factor Due to Hand Pain, Elbow Pain, colds, allergies etc. Just to have Insurance

Therefore, Inspections of New Construction Pursuant to, the Federal Rules of (HUD) and Arizona revised Statutes, a stack of Building codes, Plaintiff was living In Arizona Working for The State of Arizona, and doing quite well,

other than missing his children dearly. He had planned on Building a new home,

fencing his place off to start a little Farm, Plaintiff would hike in The Mountains Alone

with No worries of URGENT Medical Attention. Whereas in 2009 Plaintiff suffered a

work Injury on the Last day of that job, wading in concrete knee high, felt a pop and

could barely walk after that. (right knee).

Whereas; Plaintiff urged His extremely close, Medical Friend that he was in "Need of

Urgent Medical assistance" and may have to file workers Compensation. The Medical

friend helped take the Plaintiffs Jeans off as the Pain was to great to accomplish on

his own, The Medical Friend assured me to just stay off of it and would be fine.

After some time (1) Year? The knee did get better. Unfortunately in 2016 The knee did

it again. Finding a re-torn Meniscus.

Whereas; in September of 2016 returned to Missouri for a knee surgery.

As Arizona Hospitals are what as known as Herding, Them like Cattle.

And Plaintiff's states, no wonder they can't find Poisonings. Plaintiff calls it a money

game to Deceive The insurance Companies as many "Victims" through the door as

possible. Leaving their Patient "Contemplating" is this Then Reason for so many,

Missed Diagnosis also Known as "Malpractice." Plaintiff believes The Hospitals are "Negligent" by allowing the Physicians to be overloaded and known as "Careless" by appointing them too many Patients, Resulting in (Several, Several Misdiagnosis and (2) Misdiagnosis From Banner Health instigated the Plaintiff's Outcome.

*-Moving on-*                     *" Dale Farming Company"*

*December 2016-*

  *Plaintiff Decided to Relocate back to Missouri, in reasoning's thereof for Mental abuse from 3 in his family that caused Mental Abuse Making him feel guilty for leaving his family for a job, and Furthermore; The Knee Injury was causing severe depression, due to being trapped by the injury.*

*January of 2017. Plaintiff relocated back to Family land as no other choice to go, and depleting his Retirement funds to establish a home on the Land.*

*On or around February 14th 2017. Plaintiff was working on home pad at his land. That evening right as it was Getting Dark. Several Trucks with Anhydrous, Started Injecting Anhydrous Ammonia, The wind was blowing toward the "Victim", Plaintiff, had to go to vehicle, The Truck was Fumigated. Plaintiff began having, Severe trouble Breathing, Lungs, eyes, nose and throat were burning.*

*Getting very close to a point of death. The Plaintiffs Brain said go, go, go.*

*He then returned to Bethany, from the Ridgeway Farm, still dazed, confused, trouble breathing, contemplating on whether to seek medical attention.. Stopped in the walmart parking lot as I needed groceries. I sat in the truck for approximately 30*

minutes in a Walmart Parking lot for groceries 30 minutes and did not go in.

Then returning to my his mothers house of 82 years old. She was worried and knew something wasn't right. Plaintiff states, she knew something wasn't right, and asked what was wrong with him and what happened?
Whereas:Plaintiff was confused and sat in the recliner, Plaintiff's mom returned to the living room to sit down and missed her chair. Plaintiff watched,but was not fast enough to catch her. Thereafter, Mother was injured and helped her the best,he could and completely disregarded his situation.


Plaintiff States this Terrorists Attack was From The South Field also Known as Douglas Dales Farm, but is Rather Confusing in result of being farmed by

Andrew Callaway farms, Dale Brothers Farms and Dale Farming Company.

According to Dustin Dale in 2019. When the Plaintiff had called him and explained that one of his guys just blasted Plaintiff with Pesticides, Mr. Dustin Dale Proceeded Mr. Booher towards Douglas Dale as the Owner of the South Farm.

Sugarless, This Terrorist Attack was conducted by Several Pesticide Farmers. Possibly 4-5 employees at the time of the Biological Warfare Attack.

Gage's is also believed to be the Supplier or maybe even the Applicators.

This was a regular occurrence every year with multiple multiple combinations of Biological, Toxin, Agents, Combined together also Known as VOC Pesticide Emission of Death. With complete disregard to any of The Chemical Labeling Requirements for SAFETY"

Therefore; Plaintiff States The Same about all the Farming Companies named as defendants for Violating and ignoring the SAFETY WARNINGS.

Another incident, near an un-named town and un-named residence near St. Joseph Missouri. Did the exact same thing. We had to shut the windows because the Biological Terrorism fumigtions.

Plaintiff States; this is a Statewide Emergency. The State of Missouri Therefore Negligent for not Training their Licensees how to apply Biological Weapons Properly.

Same thing on The Union Jobs in King City Missouri 2009-2010. The wind Generation job-sites. And witness thereof. Failure to Appreciate the Chemicals as a Biological

*Weapon. As Plaintiff Witnessed Thereof.*

*Let's Step away and look Money Laundering By The Government also Known as Harrison County Commission. Plaintiff Questions since the Farmers named in this suit leaves no Buffer and Destroys the Roads, Questions,how the Farmers named in this Suit get the Bids for such work. In theory if a man busted a side of a building intentionally,then pay him to repair. Appearance,of a Money Laundering Scheme.*

*Under United States law, pesticide misuse is considered to Be the use of a pesticide in a way that violates laws regulating their use or endangers humans or the environment; many of these regulations are laid out in the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA).*

*Plaintiff requests Refugee assistance for Biological Terrorism by his own Government Known as The State of Missouri, The County Commission and The Harrison County Community Health Department. For Non-feasance, misfeasance and malfeasance.*

*All Defendants in this Case are believed to meet the elements of negligence. They all owed a duty to obey the Law, They all breached that duty by failure to act according to the law, Thereby causing the "victims current status" as evidence to be provided to the Court.*

### End Statement

*I just finished the Relief Demand request and have decided to Stop and find peace for 3 days to rest, and enjoy this amazing world while I still can, I am refusing to take narcotics at this point for pain,as I am avoiding addictions to such. I am not seeking criminal charges as it may seem, as believing the relief and "this suit" would be enough punishment. Please See"Exhibits" Thank you*

### Certificate of Service

*I Plaintiff; Ronnie Booher Certify all information is true and correct to the best of current abilities, and such have been submitted ECF/CM and mailed to all Defendants in this case on this day, 23rd of May 2022*

*Ronnie Booher*
*Plaintiff; Ronnie Booher*
*1915 W. Casa Del Rio Drive #29*
*Benson, Arizona 85602*