IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RONNIE BOOHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-CV-06014-SRB |
| ) | |
| DOUGLAS DALE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is Plaintiff Ronnie Booher's ("Plaintiff") *pro se* filings, which the Court construes as Plaintiff's First Motion for Default Judgment against Defendant MFA, Inc. ("MFA"), (Doc. #101); Plaintiff's Second Motion for Default Judgment against MFA, Dale Brothers Farming Company ("Dale Brothers"), and Andrew Callaway, (Doc. #102); and Plaintiff's Second Revised Motion for Default Judgment against MFA, Dale Brothers, and Andrew Calloway, (Doc. #103). Plaintiff's motions fail insofar as they seek default judgment against Dale Brothers and MFA fail because they are no longer parties to this case. The Court granted Plaintiff's voluntary dismissal of Plaintiff's claims against Dale Brothers on June 13, 2022. (Doc. #108.) Alternatively, a default judgment against Dale Brothers is not warranted for the reasons stated by Dale Brothers in its opposition brief. (Doc. #147.) The Court granted MFA's motion to dismiss Plaintiff's claims against it on June 28, 2022. (Doc. #146.)

Accordingly, Plaintiff's First Motion for Default Judgment (Doc. #101) is **DENIED**, Plaintiff's Second Motion for Default Judgment (Doc. #102) is **DENIED IN PART** as to Dale

Brothers and MFA; and Plaintiff's Second Revised Motion for Default Judgment is **DENIED IN PART** as to Dale Brothers and MFA (Doc. #103).[1]

    **IT IS SO ORDERED.**

Dated: July 1, 2022

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Second Motion for Default Judgment (Doc. #102) and Second Revised Motion for Default Judgment (Doc. #103) remain pending against Andrew Callaway. These motions will be addressed when they are fully briefed by the parties.