IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| RONNIE BOOHER, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No.: 22-cv-06014-SRB |
| v. | )<br>) |
| DALE FARMING CO., et al., | )<br>) |
| Defendant. | )<br>) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

because Plaintiff has failed to show cause why this case should not be dismissed pursuant to the Court's July 8, 2022, Order (Doc. #166), it is hereby ORDERED that Defendants Douglas Dale, Andrew Callaway, Randy Joiner, Jeff Smith, Jason Weirich, Chuck Margo, Edward D. Breen, Harrison County Governing Body, Craig Kleppe, and O-Connor Law Firm are DISMISSED from this action for want of service.

As no other defendants remain in this case, it is FURTHER ORDERED that this case is hereby DISMISSED.

July 13, 2022　　　　　　　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tracey L. Richard
　　　　　　　　　　　　　　　　　　　　　　　　(by) Deputy Clerk